# In the United States Court of Federal Claims

No. 07-823 C
(Filed: February 22, 2008)

***********************************
**HITT CONSTRUCTION, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to this Court's Order of January 31, 2008, Defendant was required to file a response to Plaintiff's complaint by February 22, 2008. Instead, on February 22, 2008, Defendant filed a Motion for Special Procedures requesting that in lieu of filing a response to the complaint that the parties file motions for summary judgment. According to the motion, "defendant's counsel is unsure whether plaintiff opposes or consents to this motion." Because Plaintiff has not consented to the instant motion the Court will treat it as a motion for an enlargement of time;[1] therefore, Defendant shall file a response to Plaintiff's complaint on or before March 3, 2008.

Additionally, a telephonic status conference to discuss the proposal in Defendant's Motion for Special Procedures shall be held on **Friday, February 29, 2008, at 10:00 AM** Eastern Time. The parties should be prepared to discuss agreed upon dates for the filing of motions for summary judgment. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via audio recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio recording of the

---

[1] Defendant is reminded that motions for enlargements must be filed as early as possible, *see* RCFC 6(b), generally at least five (5) business days in advance. *See also,* Special Procedures Order of January 2, 2008.

conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Amy Hogan-Burney at (202) 357-6491.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge