# In the United States Court of Federal Claims

No. 07-823 C
(Filed: February 29, 2008)

| | |
|---|---|
| *********************************** | |
| **HITT CONTRACTING, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

Pursuant to the discussion in the status conference of February 29, 2008, and the agreement of the parties, Defendant's Motion for Special Procedures is GRANTED. In lieu of filing a response to the complaint the schedule shall be as follows:

| | |
|---|---|
| March 26, 2008 | Plaintiff's motion for summary judgment filed. |
| April 30, 2008 | Defendant's response to Plaintiff's motion and cross-motion for summary judgment filed. |
| May 21, 2008 | Plaintiff's response to cross-motion and any reply to Defendant's response filed. |
| June 11, 2008 | Defendant's reply, if any, to Plaintiff's response to cross-motion filed. |
| June 25, 2008 | Hearing on the motions; 10:00 a.m. at the National Courts Building. |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge