**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HITT CONTRACTING, INC.,<br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br>Defendant. | Civil Action No. 07-823C<br>(Chief Judge Damich) |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Hitt Contracting, Inc. hereby moves the Court to substitute M. Joseph Pierce as its counsel of record in this matter in place of Gina L. Schaecher.

Respectfully submitted,

/s/ M. Joseph Pierce___________
M. Joseph Pierce, Esquire
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
Telephone: 703-893-3914
Facsimile: 703-893-6944
Email: jpierce@kasannlaw.com

SEEN AND CONSENTED:

/s/ Gina L. Schaecher_____
Gina L. Schaecher
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
Telephone: 703-893-3914
Facsimile: 703-893-6944
Email: gshaecher@kasannlaw.com

Dated: March 4th, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 4th day of March, 2008 a copy of the foregoing MOTION FOR SUBSTITUTION OF COUNSEL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ M. Joseph Pierce________