**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HITT CONTRACTING, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Civil Action No. 07-823C<br>(Chief Judge Damich) |

**AFFIDAVIT OF APPOINTMENT**

M. Joseph Pierce, after first being duly sworn, states as follows:

1. I am an attorney admitted to practice in the Court of Federal Claims.

2. I have been appointed by the Plaintiff in this matter, Hitt Contracting, Inc., to serve as its counsel of record in this matter.

3. Plaintiff's current counsel of record, Gina L. Schaecher has consented to the motion for substitution of counsel with which this affidavit is filed.

M. Joseph Pierce, Esquire

COMMONWEALTH OF VIRGINIA )
) TO: WIT
COUNTY OF FAIRFAX )

Subscribed and sworn to before me the undersigned Notary Public in my state and county aforesaid on this 4th day of March, 2008.

Notary Public

My Commission Expires: 11-30-2010
Notary Registration No.: 7014288