**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HITT CONTRACTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Action No. 07-823C<br>(Chief Judge Damich) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Hitt Contracting, Inc., respectfully moves this Court for entry of summary judgment as to liability only for the reasons set forth in the Memorandum filed with this motion.

Respectfully submitted,

/s/ M. Joseph Pierce___________
M. Joseph Pierce, Esquire
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
Telephone: 703-893-3914
Facsimile: 703-893-6944
Email: jpierce@kasannlaw.com

Dated: March 26th, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 26th day of March, 2008 a copy of the foregoing Plaintiff's Motion for Partial Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ M. Joseph Pierce________

P:\Docs\Anderson\Hitt Contracting\AOC\Court of Claims\pleadingss\Plaintif.Motion for Partial Summary Judgment.032508.doc