134:1 135:9,16 135:21 136:2,3 136:12 140:11 140:22 146:3 147:9,16 150:20 154:15 155:15 156:9 156:12,13 158:8 159:14 164:15 165:5 165:16 166:11 170:21 175:5 176:5
**correction** 128:21 177:5
**corrections** 175:7
**correctly** 49:6 54:7
**correspondence** 152:2 153:11 161:4
**cost** 26:17,19 52:5 55:16 75:6 76:4,7 116:12,12 121:4
**costs** 28:13 112:12
**counsel** 7:4 19:1 42:19 84:17 157:2,7 168:1 176:9
**couple** 14:22 29:13 42:4 43:4 59:17 71:12 72:19 73:15 99:20 172:6
**course** 47:4 112:20 134:12 135:10 141:9 148:1,13 149:10,21 160:1
**Court** 2:19 9:16
**Couture** 24:5,9 24:10 32:2,3 32:11,17,18,19 32:22 33:2,6 33:13
**Couture's** 32:15 33:20 34:1
**covered** 60:2,18 60:18 96:8,9 150:8
**create** 98:21
**credit** 25:21 26:4 109:8,13 109:18
**crossed** 84:6 87:19 88:1 91:13,20 92:6
**cubic** 22:13
**cull** 122:21
**cup** 10:7
**current** 10:18 12:19 130:1,5 171:16
**currently** 155:1 157:6 171:9 172:18

**D**

**D** 7:1
**Dachille** 6:10 143:22 168:1,5
**dailies** 30:5 33:21 34:1,12 66:18 71:5
**daily** 29:7 31:14 33:17 34:6,8 34:11
**damage** 156:21
**date** 26:11 27:9 31:14 46:2,3 55:3 131:20 147:19 175:11
**dated** 5:12,13,16 5:18,21 6:5,7,9 29:15 81:5,8 83:16 85:6 129:13 147:7 154:9 158:18 161:17 162:6
**dates** 34:10 97:13
**David** 145:10 149:6 153:2
**day** 29:13 32:7 33:3 46:4,5,12 51:7 60:19,22 61:2,3,9,10 62:1,17,20 63:8,10,13,17 63:20 64:1 66:6,10,11,18 68:14,16 112:19,21 113:2,3 114:12 117:2,9 118:5 118:14,18,20 119:17,20 121:11 153:8 176:13
**days** 29:13,19 61:5,7,11,12 61:19 62:8,10 62:11,13 63:3 66:2,3 68:8 70:22 71:5,7 104:19
**deal** 13:17 22:13 57:6
**dealing** 57:18
**dealings** 41:13
**debris** 66:22
**December** 1:14
**decided** 151:16
**decision** 133:12 133:18 169:6
**decrease** 26:1
**decreased** 25:18
**decreasing** 27:18,22 109:10
**deemed** 38:10 76:10
**defines** 124:12
**delay** 8:22 163:11
**delicate** 160:21
**deliveries** 85:19 90:16 92:13 150:18 151:4
**delivery** 90:19 90:22
**demolition** 24:6 32:6 66:22
**denotes** 125:16
**departure** 105:3
**depend** 59:19
**depending** 49:13 54:2 115:17
**depends** 75:19 91:3 133:1
**DEPONENT** 175:2
**deposition** 1:12 2:1 5:8 6:3 8:7 40:8,12 55:12 67:15 72:15 77:13 83:10,14 88:9,21 108:15 112:1 116:11 116:15 134:3 138:4 139:11 143:11 144:1,3 146:18,22 154:3,7 158:18 161:7,11 167:15,19 172:14 174:3
**depositions** 7:15 8:6 9:11 134:10 135:10
**derive** 59:13
**describe** 103:21 164:17
**designated** 77:18
**details** 89:14
**determine** 34:20 35:17 83:6 101:14 150:12 167:9 170:22
**determines** 37:12,19
**determining** 35:4,12 36:8 37:1 90:10 101:12
**devoted** 112:20
**dictated** 151:11
**difference** 136:13
**different** 47:16 47:19 48:3 49:17 50:2,9 53:1 63:2 68:3 73:15 90:17 116:7 118:19 122:3 127:2 139:4 151:12
**differential** 116:17
**differentiate** 30:5
**dip** 50:6
**direct** 52:5 121:3
**directly** 38:14 45:9 47:11 96:16 137:2 168:10
**directs** 150:17
**dirt** 54:13 73:12 73:13 90:20 109:4
**disagreement** 95:7
**disapproval** 95:8
**disclose** 15:11

**disclosed** 15:15
**discover** 129:1
**discovered** 129:1
**discovery** 172:1
**discussed** 35:9 43:14
**discussing** 20:4 147:11
**discussion** 37:21 114:2 138:5 149:9,15 150:7 155:19 156:1 158:6 159:9 166:17 173:19
**discussions** 16:11,13 20:9 153:1 155:20 158:5,9,20 159:7
**disposal** 76:16 165:3
**dispute** 9:1
**distance** 121:8 136:15
**distinguish** 76:13
**divide** 58:22 59:14
**Division** 10:19 11:19 12:8
**Dockett** 47:12
**document** 5:19 30:9 40:14 64:7,7,10 85:8 88:8 89:15 134:6 136:10 143:12,17,20 144:16,22 147:1 167:20 173:2
**documents** 26:15 29:4 35:2 36:4,5 39:14 78:19 79:5 82:3 89:4 95:2 96:22 97:4 123:12 128:5,22 138:14 143:14 144:2,7,19 149:18 161:13
**dogs** 68:22 69:1 69:4 70:18 71:18 103:18 104:7,11 141:10
**doing** 11:16 13:14 17:22 18:3 35:16 46:13 51:20 52:1 66:21 165:11,17 168:14
**dollar** 57:21
**done** 18:8 24:3 42:8 45:5,6,15 136:1,1,4 140:15 143:5,8 167:7
**door** 38:6,8
**double** 50:6
**down** 9:17 16:7 57:19 69:21 73:9,14,15,18 74:4,5 75:15 75:16 92:7 117:10 122:21 130:9 135:5 140:6 141:14 171:3,14
**downtown** 33:19 34:3
**draft** 122:11,12
**drafting** 64:6 122:8
**dragging** 160:17 160:20
**draw** 141:6
**drawing** 102:1 102:17 139:19 139:20
**drawings** 80:1,3 80:11,15 124:14
**drive** 2:5 3:7 74:7,7 107:15 121:9
**driven** 74:12
**driving** 106:17
**dropping** 49:18 53:21 54:1
**drove** 107:17
**due** 169:14
**Dulles** 99:17,21 100:4,8 101:20
**duly** 7:3
**dump** 49:15 53:1,4,13 54:5 65:21 67:1 73:6,22 74:19 74:19 107:9,11
**dumps** 73:15
**during** 47:3 68:7 70:21 104:19 112:20 121:11 134:11 135:10 141:9 148:1,13 149:9 149:21 159:21 160:1 164:3
**duty** 93:20 168:7
**D.C** 1:2 116:7

E

**E** 3:1,1 4:1,1 5:1 5:6 6:1 7:1,1 65:8 142:17 177:1,1,1
**each** 43:11 44:5 45:12,12 60:22 61:2,7,18 62:1 71:19 117:1 120:5 121:7,9
**earlier** 8:6 55:12 77:4 89:8 96:14 98:16 108:21 112:1 112:15,17 113:2,3 116:11 116:21 117:1,8 117:19 118:1 118:10 150:15 164:8 172:14
**early** 67:21 68:7 114:20 117:20 146:14
**earned** 26:11 27:14
**easily** 23:6 164:6
**Eastes** 1:22 2:19 176:2
**easy** 58:16
**editing** 64:7
**editorial** 123:21
**effect** 47:22 111:2
**effectively** 107:14
**efforts** 155:6 158:22 164:2
**eight** 118:21,22 119:4
**either** 44:2 91:7 93:2 123:2 148:10 171:12
**elaborate** 104:14
**embarkation** 53:20
**employed** 24:9 24:11 176:9
**empty** 48:9 49:2 49:11,18 100:9 114:15
**enclosed** 145:4
**end** 31:2 55:19 55:20 159:6
**ended** 23:2 30:22 31:15
**endure** 157:15
**engineer** 46:12
**engineers** 46:16
**Engineer's** 4:6
**enormous** 75:7
**enough** 58:16 62:7 63:1,4,10
**entailed** 103:17 103:22
**enter** 141:21
**entering** 18:5 101:8
**enters** 128:1
**entire** 118:14 125:11 161:20
**entrance** 67:12 142:17
**entry** 142:10 143:3
**envisioned** 110:8
**equipment** 61:16 63:12 68:18 69:2 107:6,12,20 108:8 141:10
**era** 145:11
**Errata** 175:7
**error** 128:22
**ESQUIRE** 3:5 3:14
**essentially** 12:10 39:16,17 50:6 52:1,3 54:16 59:18 114:7 117:2 124:13 128:14
**estimate** 24:16 32:4,5 48:20 52:10,14 53:7 53:10,11,14 58:20 75:16,18 76:15 146:6,7

146:8,9,13
**estimated** 24:16 25:3 27:16 30:5,10 31:1,4 31:6 52:15,19 52:21 53:13
**estimates** 24:13 32:6
**estimating** 110:7,7
**estimators** 23:20,21 24:2 98:5,9
**even** 150:9
**event** 50:5 168:13
**ever** 8:7 15:11 15:15,18 16:5 20:4 26:6 39:4 39:21 40:3,15 41:16 52:13 57:4,8,15 84:1 85:4 86:17,21 87:22 88:15 91:22 92:2,4 92:17 95:7 98:12 102:21 106:17 134:6 134:11,15 137:1,3,6,18 137:21 138:1 154:16 160:10 161:12 167:20
**every** 20:10 60:6 60:8,19 61:3 62:17,20 63:10 63:16,20 66:5 68:14,16 71:10 71:11,12 95:3 119:15
**everyone** 153:2
**everything** 9:17 9:17,18 84:1 165:1
**evidence** 135:11
**exact** 19:8,14,16 26:12 27:8 41:19 45:8 55:3,11 56:2 66:3 74:12 75:21 107:8,16
**exactly** 17:4,14 27:19 29:1 58:10 67:8 69:5 70:16 73:21 74:18,20 146:11 148:22 150:6 159:2,4
**EXAMINATI...** 5:2 7:4
**examine** 79:4 82:7
**examined** 78:18 82:2 175:4
**example** 48:12 60:12 61:11 82:8 100:9,15 116:4,5 118:9
**excavated** 22:9 25:8 110:4,9
**excavating** 55:17
**excavation** 15:21 16:6 25:3,4 50:1 65:4 66:21 67:2 110:3 139:22 140:1,3 140:12,15,16 140:18 141:12 142:14,21 143:4,5,7 164:21
**excavators** 63:2
**exceeded** 27:15
**except** 7:18 22:14 170:19
**exception** 42:22
**excess** 14:11,18 25:16 58:1
109:2 156:12
**exchanged** 144:2
**Excuse** 113:19
**executed** 77:6 78:2,4,11
**exempting** 19:19
**exhibit** 40:7,12 64:3 67:14 68:6 72:1,13 72:14 77:12 78:16 83:9,14 87:14 88:9,19 88:20 89:3,3,8 89:11 97:5 108:14 121:20 122:2,9,11,16 123:2,2,7,8,20 128:17 129:11 134:2 135:6 139:11 140:10 140:20 143:11 145:4 146:17 146:22 150:16 154:2,7 158:18 161:6,15 162:4 167:12,14,19
**exhibits** 5:7,8 6:2,3 121:19 150:15 161:11
**exist** 24:14 146:9
**exists** 24:17
**Expansion** 12:4 12:21 13:16,19 27:1,10 47:8 51:18 65:5 68:9 83:17 84:13 89:6 96:21 134:17 134:20 135:7 136:20 147:13 165:8
**experience** 101:10
**experiences** 86:17,22
**expert** 40:19 102:13 108:1
**expires** 176:16
**explain** 59:21 60:4 124:15 125:14
**explained** 65:3
**explanatory** 96:7
**exponential** 55:5
**expressed** 137:6 153:12
**expressly** 20:4 98:17 162:10
**extent** 39:12 108:7 122:22 133:10,15 141:5 170:19 171:1
**extra** 119:8,19 121:8,8,9
**extraction** 165:7
**extremely** 74:4 149:12
**eyes** 29:2

**F**

**facilities** 73:8,10
**facility** 51:15 56:2 60:8 61:1 72:3,21 76:16 86:18 87:1,7 97:18 98:14 99:5 100:10,19 102:22 103:17 103:19 105:10 105:13 106:3,8 107:18 114:6 115:4,9 116:22 118:2 130:21 133:17 135:12
137:15 157:9 157:11,20 158:1
**fact** 15:6 17:19 18:20 47:18,21 76:20,21 109:9 144:20 169:18
**factor** 18:12 28:12
**factored** 47:20
**factors** 59:17,20 101:11
**failing** 160:11
**fair** 7:20 10:3,12 18:10 21:13 22:4,19 25:13 25:19 28:15 35:14 36:6 39:15 43:18 45:2,3 49:1,12 52:7 56:10 59:7 60:13 66:14 72:7 73:4 77:2 79:19 80:18 96:18 109:6 117:3
**fairly** 166:5
**fall** 138:13
**Falls** 3:17
**familiar** 73:19 74:4 75:1 78:18 79:13,16
**familiarize** 79:5 81:17 82:7 85:10 96:22 103:13 127:12
**familiarized** 82:2
**family** 18:22
**far** 24:16 27:15 36:8 42:2 44:13,15 47:1 135:5 141:16
**fault** 38:22 39:2

**feasible** 76:3 107:19 108:4 141:22 142:1,2 142:9 143:3
**feel** 120:13,15 120:17,18
**fees** 28:20,21 54:5
**feet** 160:18,20
**felt** 34:21 126:7 137:4
**few** 40:14 50:8 108:20 130:9 173:14
**fiduciary** 168:7
**field** 11:11
**figure** 25:1 53:10,14 119:13
**figured** 25:1
**figuring** 166:9 166:12
**file** 77:17,18 121:20 169:9
**final** 169:6,14 169:17
**finalized** 173:17
**financial** 176:11
**find** 45:7 144:7 148:4,10 160:3
**finding** 123:12
**firm** 40:21
**first** 29:9 30:1 31:11,14 34:11 40:14 41:18 45:6,15 50:19 51:3,4,8,15 65:2 66:11,18 68:1 97:4 104:19 113:7 113:17 114:5,6 114:12 115:2,5 117:7 124:10 125:3,20 129:19 130:3 134:9 140:10 144:21 145:22 152:7
**Fitzgerald** 2:4 3:6
**five** 71:2 171:11 171:17
**fixed** 25:11
**Florida** 117:10
**follow** 115:13 119:11
**follows** 7:3
**follow-up** 108:20
**footprint** 139:21
**forces** 46:13
**foregoing** 175:4 176:4,5
**foreman** 165:14
**forgot** 72:19
**form** 7:19 19:9 165:11 172:19
**formerly** 161:16
**formulation** 150:10
**Fort** 99:18,21 100:5,13,15,21 101:10,21
**forth** 9:19 63:3 97:1 104:13 111:10 165:14
**forward** 169:1
**found** 38:22 41:9
**foundation** 37:14 78:7 79:7 80:7 81:13 83:19 88:3
**four** 162:18 163:11 164:3
**frame** 41:19 106:2,6 116:20 161:1 164:6
**fresh** 11:2
**from** 5:16,17,21 6:5,7,8,10 10:15 12:12 14:10,17 15:7 15:12 16:7,19 17:15 18:22 19:19 20:6 22:9 23:3,12 25:8,16,21 28:19 29:2,8 32:10,11,11 36:18 38:17 42:20 47:15,19 47:21 48:2,2 48:13 50:13 53:12,16,19 57:17 64:18 65:4 67:20 72:1 74:6 76:4 76:5,7 102:1 105:6,11 106:3 106:19 108:20 109:1 115:8,9 115:18 116:4,5 116:6 119:16 121:20 122:5 130:18 139:19 140:7 145:3 146:5,8 147:21 147:22 148:17 148:20 150:12 152:3 153:2,11 154:8 156:6 157:21 160:22 161:16 162:5 163:3 164:12 167:22 170:4 173:3,6
**front** 85:15
**fuel** 60:9,12 62:7,9,12,12 62:15 63:1,1,4 63:5,6,7,10,13 64:1
**fueled** 60:20,20
**fueling** 60:19
**fulfill** 95:14
**full** 19:13 48:11 48:15,18 49:9 62:10
**function** 165:20
**funds** 170:4
**funneling** 171:2
**furnished** 45:1 97:4
**further** 35:1 74:21 105:17 164:2
**furthest** 68:2

**G**

**G** 1:2 7:1
**Gaithersburg** 115:15
**gas** 139:6,13 142:21
**gasoline** 62:15 139:5,21
**gate** 101:8 105:14,18 127:9,9 142:9 142:12
**gates** 124:20
**gave** 133:17 144:18
**GC** 159:22
**general** 9:3,4 12:17 32:13 73:14 78:19 153:12 159:12
**generally** 108:22 161:22
**gentlemen** 17:13 98:12
**getting** 23:9 115:14 118:7 163:11 173:17
**give** 75:16 105:13
**given** 47:14 105:6 109:13 175:6
**glad** 10:8
**go** 10:2 11:5 21:19 23:9 31:18,21 33:18 34:3 36:16 37:6 38:8 42:7 43:14 47:11 51:15 53:2,13 60:7 61:1,4 62:3,5,10,11 62:12 66:2 75:21 90:6 95:18 96:5 101:16,18 102:21 103:2,7 106:7 107:11 108:2 110:21 113:22 115:4,9 118:2 119:16 124:21 125:5 125:10,17 131:4 132:7 133:22 139:12 139:13,18,21 142:7 143:18 144:9 147:14 148:9 150:15 151:9 155:9,14
**going** 9:12 11:7 14:2 17:20 18:8 31:15 33:5 45:17 53:15 54:8,10 61:18,22 72:20 73:3 90:14,15 93:14,15,21 94:5,7,11,14 99:1 100:9 103:4,14 110:8 116:22 118:17 119:6 121:11 123:11,18 124:21 125:17

146:8 149:18
150:1,3,7
151:10 153:16
153:17 156:11
156:17,21
157:3,15
160:20 164:2
166:6 171:7
**gone** 122:14
**good** 7:7 173:21
**gotten** 119:19
**government**
128:2
**grab** 10:7
**grand** 158:7
172:20
**green** 24:15,18
24:19 26:20
**Greensboro** 2:5
3:7
**Groscup** 3:5 5:3
7:6,8,16,22 8:4
8:18 21:7,22
26:18 27:4,7
36:21 37:9,16
40:6,10 67:13
67:17 72:12,17
78:10,22 79:2
79:3,9 80:9
81:1,14 82:13
83:12,21 84:7
84:9 87:21
88:6,18 89:1
90:8 94:3
95:20 96:10
108:6,11,17
109:20 111:1,8
113:22 114:3
120:14 121:5
121:18 131:8
132:9 134:5
142:11 144:5,9
144:10,15
146:20 148:8
148:11 151:14
154:5 161:9
166:16,18,19
167:12,17
172:4 173:18
173:20
**ground** 7:17 8:5
9:10
**grounds** 151:17
**guarded** 124:19
**guess** 9:2 20:12
125:2 144:2
**guilty** 148:5
**guy** 65:1
**guys** 65:1

**H**

**H** 4:5 5:6 6:1
177:1
**half** 10:21 13:14
23:5 74:7
113:3 119:4
149:13
**half-hour**
103:11 117:19
117:20 119:8
**hand** 47:1 77:16
136:9 176:13
**handed** 143:14
**handful** 99:19
**handing** 40:11
83:13 144:19
146:21 154:6
161:10 167:18
**handled** 96:16
**handling** 18:17
86:18 87:1,7
135:11
**happen** 106:5
**hard** 139:19
**haul** 55:20
57:10,16 65:4
76:8
**hauled** 31:3
109:5 110:4,9
**hauling** 49:17
55:17 66:22
73:12 90:20
110:3 114:16
116:12
**hauls** 57:12
**haul-off** 29:4
30:3,6,7,11,12
31:6 52:11,15
57:5,9 71:11
**having** 7:3 26:3
51:14 88:15
89:20 174:2
**head** 13:15 23:7
55:10 56:3
69:6 70:16
83:3 100:3
102:4 123:9
125:12 161:3
**headquartered**
115:7
**hear** 32:10
**heard** 135:17
**hearing** 7:19
157:1
**held** 2:1 93:11
93:14,15 138:6
170:13
**Henry** 32:11,12
32:18
**hereunto** 176:12
**Hernandez**
32:11,12,17,19
**high** 23:4
**higher** 75:9
**Hill** 6:4 99:6
154:9,13
**him** 33:1,7,8,8
34:2 41:22
42:3,7 44:12
44:16 122:15
124:2 144:19
**Himelfarb** 5:18
16:21,22 17:8
23:18 78:1,4
78:11 96:17
98:2,8 122:5
123:17 126:14
127:17 131:20
148:21
**Himelfarb's**
23:21 127:20
**himself** 98:7
**HITT** 1:5 4:12
12:17 13:20
15:6,11 16:5
16:10,16 17:18
18:6,13 20:5
21:1,12,16,16
22:1 25:21
26:4,6 28:9
29:16 31:10
33:7 36:1
37:10,17,18
38:9,13 39:4,8
55:14 72:6
77:5 80:3
85:11 86:11,14
86:17,22 87:22
88:7 93:4 95:8
122:4 129:9,19
133:15 134:16
135:13 137:1,2
137:9,13,14,18
138:22 144:21
145:2,17
146:15 147:4
147:13 148:16
149:4,5 150:1
152:4,12,12,14
152:17 153:15
153:18 155:1,8
155:12 158:5,9
159:12,22
160:6,11 161:1
162:1,18
163:15 164:3
165:6,20
166:13 167:6
168:1,5,6,10
168:14,22
169:13,17
170:4,13,15,17
170:20 171:4,5
171:9 172:18
177:2
**Hitt's** 39:2
81:15,19 87:6
168:8
**Hitt/AOC** 36:13
**HOBC** 1:5
**Hoffar** 2:4 3:6
**hold** 63:5,6,7,10
63:13 168:10
**holding** 169:17
170:15
**Holupka** 17:6,8
**hope** 156:20
**Hopefully**
156:18
**hosted** 97:9
**hour** 44:4,5
51:22 71:10
74:6,7,7,8,10
74:11,15,15
103:12 113:3
117:9,11
149:13,13
**hourly** 52:4
61:13 116:18
116:19
**hours** 52:10,14
71:11,12 85:19
118:21,22
119:5,14
**House** 1:1 56:4
**Hugh** 5:9 40:20
**hundreds**
157:20
**hypothetical**
118:21,22

**I**

**idea** 151:22
**identification**
40:8 67:15

68:5 72:15 83:10 88:21 108:15 129:12 134:3 146:18 154:3 161:7,15 162:5 167:15
**II** 80:11
**Iliff** 4:5 138:5 138:10
**illustrate** 30:10
**imagine** 101:17
**impact** 57:3,21 61:8 118:5 132:11
**impacted** 131:10 132:21 133:12,18
**impair** 168:9
**implied** 95:13 95:15
**important** 93:7
**impose** 93:19
**impression** 169:19
**inactions** 168:8
**Inc** 1:5 4:12 177:2
**include** 25:3 122:16
**included** 14:4 29:6 95:4 96:11 109:22 110:9,10,11 111:17 123:5 126:15 164:17 164:21
**including** 19:17 165:3
**inclusive** 55:19
**inconsistency** 128:21
**incorporated** 79:21
**increase** 14:16 55:6 56:8 58:3 119:17 121:4
**increased** 14:10 25:6 28:2 109:1
**incurred** 28:13
**incurs** 121:8
**independent** 46:15,17 47:3 47:6,10
**indicate** 19:12 33:6 34:2 67:19 94:4 95:7 128:12 134:19 153:15
**indicated** 31:9 35:10 50:12 81:9 84:18 93:15 98:16 133:6 138:1 149:20 153:21 155:12 167:3 172:14 173:1
**indicating** 19:18 128:5 132:2 152:3 153:11
**Indirectly** 38:15
**individual** 32:3 78:1 123:10
**individuals** 24:7 43:13,15 104:9
**information** 23:6,10 24:16 24:20 26:16,20 26:21 30:15 35:1 42:10,14 44:11 45:5 53:7 64:12,18 66:17 80:12,16 160:15 162:1 162:15 163:8 169:3
**informed** 169:13,22 170:1
**initial** 50:16 51:3,8 117:6 118:12,13
**initially** 66:6 150:4
**input** 151:15
**inquired** 98:13 171:4
**inquiries** 163:16
**inquiring** 168:5
**inquiry** 170:22
**insofar** 79:17
**inspect** 126:4 151:16
**inspected** 32:20 48:8,11,15,18 49:2 65:6,18 65:22 66:7 71:6 87:6 92:19 93:12 101:18 104:19 104:20 115:3 130:6 135:13 136:11 141:6,8
**inspecting** 20:20 29:10 33:14
**inspection** 18:8 19:19 20:7 21:17 22:2 24:6 29:17,21 29:22 30:1 31:11 33:19 34:14 35:12 37:1,11,12,19 40:21 41:2 45:10 46:3 50:15,20 51:15 56:22 57:3 59:3 60:8 61:1 61:18 62:1 65:13 72:3 78:12 82:15 84:4 85:20,21 86:5 87:13 90:2 91:14 92:11 97:17 98:14 99:4,9 100:10,19 102:14,18,22 103:14,16,19 103:21 105:10 105:13,17 106:3,8 112:3 112:13 113:4,7 113:17 114:6 115:4,9,17,21 116:22 117:22 118:2,11 119:5 119:18 120:1 120:20 121:22 122:18 124:8 124:17 126:2,6 126:7,20 127:1 127:10,22 129:7,17 130:13,21 132:2 133:16 136:14,21 137:15 138:7 139:8 141:22 142:1,3 145:14 146:1 147:5,7 148:13 149:9 149:22 151:12 151:20 152:4 155:20 156:3 157:9,9,10,11 157:19,22 159:13,16,22 160:5 161:18 163:17
**inspections** 17:20 18:13 21:2 32:8 34:17 39:5,9 39:21 40:4 49:7,10 56:7 61:4 67:6,8,19 68:7 69:9 70:20 71:3 76:22 90:11 93:10,13 94:5 98:17,22 101:5 101:13 128:5,9 128:13 130:1,5 135:19,22 137:16 139:3 141:15 147:12 150:3,13 157:12,14
**installation** 100:22
**instance** 62:22
**instances** 50:10
**instead** 92:11
**Institute** 11:6
**instructions** 127:3,7 130:11 131:16 132:1
**instructs** 10:1
**insure** 105:4
**intend** 37:10
**intended** 95:2 96:9
**intending** 20:5
**intends** 37:17
**interest** 17:1,13 176:10
**Interim** 86:18 86:22 87:7 135:11
**interlinear** 84:19 89:21 91:9,12 93:14
**International** 6:5 154:9
**interpretation** 128:20 129:6 150:2
**interpretations** 38:17 128:18
**interpreted** 90:17 99:3
**intersection** 67:11
**interval** 118:6

164:4
**involved** 16:19 23:15 32:4 43:13,15 46:8 46:9,18 52:11 52:14 64:6 87:3 96:16 103:5 123:15 123:18 151:6 153:4,5,8 159:7 162:21 163:7
**involvement** 46:10 122:13
**irrelevant** 50:14
**irrespective** 36:12 37:11,18 38:9 48:1 131:9
**Island** 74:2
**issue** 9:2 15:8 20:7,12 21:15 21:17 26:4 28:4 29:17 30:3 34:14 35:22 37:2 38:20 59:3 112:10 113:4 115:21 118:11 121:22 123:3,8 123:13,22 137:19 139:5,8 148:6,12 149:9 151:6 153:10 155:2,6,17 169:1
**issued** 149:18
**issues** 142:14
**items** 82:6 95:1
**I-2** 141:17 142:2 142:8,20 143:2

J

**J** 1:22 2:18 176:2
**January** 5:14 89:16
**Jason** 1:12 2:1 5:2,16,21 7:2 97:21 112:17 174:3 175:3
**Jeff** 26:18
**Jerry** 4:11 6:7,8 153:3,5,8 158:14 161:17 170:2 173:4
**Jersey** 65:8
**Jim** 17:6,8 98:6
**job** 1:20 12:7 16:2 27:11,13 27:15,16 28:10 28:18 31:7 32:15 48:13 53:11 65:6,18 65:22,22 66:12 68:13 69:13 75:6 76:11 79:13 81:7 90:18,21 95:3 99:10 100:16 106:20 110:7,8 113:10 115:1,2 115:5,10 116:7 116:21 117:19 117:21 128:9 128:13 129:7 135:20,22 136:11,15,15 138:6 141:9,11 154:14
**jobs** 93:11 100:12
**Joe** 7:17 84:19 144:18 148:8
**John** 145:10 149:7 153:2 158:15
**joint** 157:22
**JOSEPH** 3:14
**Josh** 153:3
**JR** 4:5
**June** 5:16 12:14 29:12,15 31:10 34:7,8 66:14 66:20,20 67:21 67:21 70:21,21 71:8,8 72:3,5 76:20 77:5,10 78:5 103:7 104:20 127:18 129:13,22 130:6,22 131:19 132:1 132:17,17 133:2,17 145:21
**just** 14:21 21:8 22:5 24:7 27:4 28:20 30:16 44:16 46:11 50:8 54:4 58:20,21 61:3 61:6,10 64:1 72:18 75:2 76:1 88:12 102:4,17 103:5 103:16 104:4 108:20 118:17 118:19 119:14 124:19 125:16 126:22 127:20 141:6 143:18 144:13 159:9 166:20 169:2 171:7
**justified** 169:15

K

**Kasimer** 3:15 8:19 41:6,8,10 41:11 42:18 43:9,17
**Keegan** 6:7,8 149:1,16,20,21 150:6 152:3 160:22 161:16 162:1,6,15
**Keegan's** 162:11 162:22
**keep** 13:17 147:22
**Kentucky** 117:10
**kept** 30:17,20 46:11
**Kim** 24:1,8,10
**kind** 12:9 139:7 157:6
**knew** 18:7 20:9 78:12 160:21
**know** 9:10 10:8 17:3,12 21:8 21:16 26:12,13 27:22 28:2 30:22 33:4,10 33:11 38:2 40:14 49:20 56:2 57:12 66:3 72:8 73:21 74:12 75:13 86:14 87:18 88:11,12 92:4 93:5 95:11 96:7 97:8,19 100:13 101:7 106:11 106:15 118:19 124:2 125:7 134:15,18 136:18,22 137:9 139:15 145:6,9,13 149:5,17,22 150:3,9 151:18 153:22 157:4 159:15 160:13 160:15 161:4 162:18 163:13 171:14
**knowledge** 15:14 33:13 39:8 40:2 41:12 81:10 86:8,21 87:2 91:19 92:2 93:1,3,4 95:10 100:18 102:13 104:22 129:9 129:10 138:1 144:21
**known** 15:10 17:15

L

**Labor** 46:5
**lack** 41:2 78:6 79:6 80:6 81:12 88:2 119:22 153:12
**lane** 70:2
**language** 19:5,8 19:9,11,11,14 19:16,18 84:4 84:18 88:1 89:21 90:1 91:8,10,12,12 92:6,7,10 93:15,16 95:8 95:12 98:21
**large** 73:22 107:9,9 113:6
**last** 138:4 147:11 169:12 170:6 172:6,8
**late** 138:12 161:2
**lay** 96:1
**lead** 16:15 21:11 130:12
**learn** 33:9,13
**learned** 29:9,20 32:8 33:2 34:16 56:6
**least** 87:13 90:2 93:20 146:8

**leave** 38:8 63:20 64:2 127:9,22
**leaves** 128:2
**leaving** 38:6 59:9
**Leesburg** 3:16
**left** 47:1 49:3 69:16 70:2 105:9,12 136:9
**legal** 28:20,21 36:14 37:5 82:12 90:4,9 94:1 95:16 96:3 109:15 110:20 111:4 120:11 121:2 121:14 151:8
**less** 13:6 44:4,5 171:13,17
**let** 10:8 36:22 40:14 62:14 95:21 117:5
**letter** 5:16,17,20 6:4,7,8,10 29:15,20 30:2 31:10 34:11 45:18 126:15 127:20 129:13 129:16,22 131:15 145:22 145:22 147:6 147:10,21 152:10 154:8 154:16,19 158:17 160:22 161:16,21 162:5,9,11,22 163:3,4,20 167:22 170:3
**letters** 122:3 138:16 147:4 160:9
**let's** 118:20,21 167:12
**light** 71:8 151:3
**lights** 11:17
**like** 8:17 11:18 26:19 33:3 60:12 89:2 101:19 116:20 124:4 140:20 156:4 172:6
**likely** 32:22 101:12
**limits** 124:13
**line** 139:6,13 142:21 157:20 177:5
**lines** 121:17 130:3
**list** 47:9
**listed** 46:19,21 87:14
**listing** 80:1
**lists** 80:11 81:3
**little** 11:21 13:6 21:10 72:18 117:6 153:14 159:2 172:7,15 173:1
**LLC** 3:12
**load** 53:21 60:7 64:11,13
**loaded** 49:14 113:13,14 118:3
**loading** 114:17 114:20 118:12 118:13
**loads** 31:3 54:2 59:16,20
**located** 65:7,14 73:8,11
**location** 18:12 29:20,21 31:16 53:2,4,4,13 56:3,6 57:4 68:4,10,15,19 69:9,13 70:14 72:1 73:6 78:13 86:5 87:13 90:3 91:17 97:17 98:14 104:1,15 107:21 108:9 122:18 124:17 126:2,6,20 127:2,10 130:7 132:2,16 133:3 134:20 135:7 135:14 136:2 136:16 143:3 151:13,20 157:19
**locations** 18:8 47:16,19 53:1 54:6 102:14 128:6 141:22 142:1,3 149:22 151:20
**long** 10:20 11:19 44:2 47:9 103:10 113:21 149:8,12 161:21 163:19
**longer** 24:11 52:18,20 110:1 110:10
**look** 27:2 35:16 40:13 45:18 46:22 64:3 77:12 83:6 85:13 89:2 90:12,13 94:14 125:6 131:13 139:18 144:9 148:9 167:8
**looked** 89:8 127:12 138:14
**looking** 58:4 90:9 163:2 169:8
**looks** 140:20
**lose** 120:6
**loss** 120:3,9,16 120:19,22 121:12
**lot** 44:1 166:6 169:3
**lots** 50:2
**lower** 16:5,7 77:16 79:10
**ludicrous** 76:7
**lump** 156:2
**L.L.C** 1:6
**L.L.P** 2:4 3:6

**M**

**M** 3:14
**machine** 60:6 104:2,10,13 108:3
**machinery** 60:16
**machines** 60:9 60:20 62:9 63:5 64:2 104:21 107:14
**made** 76:1 80:3 86:11,14 164:6 170:22
**main** 28:12 45:7 141:19 142:19
**mainly** 60:18
**maintain** 62:7
**maintaining** 70:13
**majority** 16:14 49:1 73:13 112:6,7 152:20
**make** 27:4 49:5 52:19 74:11 106:5 115:21 121:11 128:11 129:5 155:9,14 169:14
**making** 70:5 120:6 121:6
**Malone** 138:5 138:10 149:1
**manager** 4:8 10:19 11:19 12:2,3,6,8,9,11 79:12 96:20 165:13
**manifest** 56:5 166:5,8,22 167:4,8
**manifested** 22:15,22
**manifesting** 22:17 164:22 165:17,19
**many** 8:10,14 29:19 52:20 66:2 70:20 71:4,5 102:5
**map** 5:19 127:8 132:13,15,16 133:1,2,6,16 135:8,15 140:7 143:10,15 145:3,6
**maps** 127:3,7 130:11,20 131:9,16 132:2 132:10,20 133:10
**March** 145:3 168:16 169:5
**marginally** 27:12,13
**mark** 6:10 40:6 67:13,22 72:12 88:18 136:6 139:14 141:17 143:22 167:12 168:1
**marked** 40:7 56:20 67:14 68:6,19 69:10 72:1,14 83:9 83:14 88:8,20 104:15 108:14 134:2 143:10

146:17,21 154:2,7 158:17 161:6,11 167:14,18
**mark-up** 56:16 56:17
**Maryland** 73:9 73:17 76:16 115:15,15
**mass** 139:22 140:1 143:4,5 143:7
**material** 22:9,22 23:3,12 25:7 25:10,15,17 26:1 29:7 48:13,21 49:3 49:9,15,17,18 50:7,8 55:17 55:18 56:1 57:9,11,16 59:15 65:4 71:11 74:1 76:6,10 90:21 111:7
**materials** 51:21 52:2 54:17,19 117:14
**matter** 8:12,20 67:22 116:3 129:16
**may** 6:7 9:18 10:1 18:21 32:3 40:22 41:1 80:21 81:20 98:9 104:10 108:8 128:22 135:18 144:21 155:13 161:1,17 162:16,22 164:8
**Maybe** 43:4,5 114:17 139:14 173:14
**McGee** 5:9 40:20 41:5,9 41:14,16,18 42:6,9,13,17 42:20 43:1,3 43:16 44:10,18 45:1 64:21 65:17
**McGee's** 41:21 44:22
**McLean** 1:13 2:7 3:9
**mean** 38:16 44:15 59:21 76:6 87:19 113:6 127:14 166:4,6
**meaning** 20:15 36:5 38:8 53:19 125:4 130:10 138:9 147:14
**medication** 10:14
**Meece** 46:19 47:1,2
**meet** 41:18 43:9
**meeting** 42:5,17 42:20,22 97:17 98:10,13 138:6 138:11,15,18 138:21 139:1,3 139:4,7,9 146:15 147:11 147:18 148:1 148:14 149:10 149:21 159:11 159:17,19,21 160:2 173:3,6
**meetings** 43:2,6 43:15,21 44:1 44:3,7 97:9,14 97:19
**memorialized** 160:8
**memory** 31:13 34:6 56:4
**mentioned** 24:8 24:18 54:15 55:13 72:20 112:1,16 116:11 117:1 123:20 131:19 155:8 158:4
**merit** 152:5,15
**met** 41:16,22 42:3
**method** 130:1,5
**Michael** 17:8
**Michaelson** 145:11,16 149:6 153:2 158:10,13
**middle** 113:20 154:22 168:4
**might** 36:7 38:18 43:4 59:19 98:6 138:15 139:16 158:13 168:22
**Mike** 6:7,8 17:6 149:1,16,20,21 150:6,8 161:16
**military** 11:6 100:21 101:7
**million** 12:22 13:2,5,13 14:15 111:13 111:16 172:15 172:16,17
**mind** 98:22
**minds** 128:16
**mine** 150:21
**minimum** 85:19 146:2
**minor** 173:14
**minutes** 52:20 74:11 118:10 120:6,21 146:2 146:4,7
**mirrors** 68:21 69:7 70:17 104:7,10
**misprint** 81:7
**miss** 113:21
**misspoke** 81:20
**mitigate** 155:1,6 159:13,21
**mitigating** 57:2 158:5 159:16
**mitigation** 158:22 164:2
**mixed** 145:14
**Mo** 24:1
**mobilization** 60:1,4 61:15
**mod** 14:14,16,21 15:3
**modification** 19:17
**modifications** 16:3,10,12 17:18 18:2,6 18:19 19:1,4 19:10,20 20:19 22:5
**modified** 84:17
**mods** 14:20 15:7 16:17 20:6 21:3,12 22:3
**Mologne** 6:4 154:9
**moment** 30:4 31:9 40:13 50:12 54:15 84:8,18 85:2 131:19 158:4 166:21 173:1
**Monday** 30:2 31:10
**money** 38:7 119:6 156:7 167:9 169:4,14 170:7,13,14 172:18
**monies** 169:20 171:1
**monitored** 165:12
**monitoring** 165:10,11
**month** 164:3
**months** 162:18 163:11
**more** 15:1,3 21:9 28:18 32:22 49:3 51:16 58:12,12 58:13,14 71:2 96:16 102:3,5 103:18 104:5 104:14 117:6 133:14
**morning** 7:7 51:4,9 108:21 113:7 114:21 117:7
**most** 19:14 69:18 70:4 73:8,10 140:17 142:2,9 143:3 143:5 152:18
**move** 54:12 60:6
**moved** 59:6
**movement** 59:10 106:13
**moving** 58:5,7 75:9,11,14 164:19
**much** 23:11 26:10 29:7 30:18 54:4 63:5 113:21 166:9,12
**multiple** 28:1 45:11 47:15 54:5 62:8,10 62:11,13 63:3 93:11 112:14 138:3 141:20

153:1
**multiply** 61:12
**must** 31:18
**myself** 35:8 148:21 159:9

**N**

**N** 3:1 4:1 5:1,1 7:1
**name** 7:8
**nature** 9:1 10:15 24:13 53:8 71:8 100:5
**Navy** 101:2
**Near** 74:2
**necessarily** 63:20 76:9
**necessary** 108:8 150:16 165:4 168:15
**need** 9:13 10:5,6 10:7 43:14 172:5
**negotiated** 15:12 21:3 54:22 55:2
**negotiating** 17:17 21:12,15 22:3
**negotiations** 16:9,16,20 18:6,13
**neighborhood** 13:2 14:15 103:8
**neither** 145:19 145:20 176:9
**never** 74:12 86:8 99:4 101:16,19 130:10 131:16 144:6 153:21 164:10
**nevertheless** 153:18
**New** 65:8
**next** 65:12 80:11 126:14 136:7
**nobody** 93:1 148:10
**none** 104:18 116:16 137:6
**nonetheless** 109:8
**non-contamin...** 25:11,17 26:1 57:5,9,10,13 57:16,22 58:7 58:11 59:10,15 75:11,14 109:9
**non-payment** 9:2,3
**non-rush** 74:6,8
**north** 48:2 116:4
**northbound** 70:8
**Nos** 108:14 161:6
**notarial** 176:13
**Notary** 2:19 176:1,20
**note** 34:4
**noted** 31:14 97:5
**notes** 147:22 148:10,10 160:1,4,8 169:12 173:3,6
**nothing** 9:7 15:15 30:14 126:10,11 128:4
**notice** 87:12 129:19
**notified** 29:16
**November** 5:18 41:22 42:3 43:2 122:4 162:11
**Nowhere** 125:17
**number** 7:14 9:11 16:7 31:3 59:16,19 61:6 66:3 84:17 89:16 118:18 118:20 121:10
**numbers** 13:14 26:13 52:10,14 58:16,19 75:21 77:17
**numerous** 16:11

**O**

**O** 5:1 7:1
**object** 10:2
**objection** 21:5 21:18 36:14 37:4,14 78:6 79:6 80:6,19 81:12 82:11 83:18 87:16 88:2 90:4 93:22 95:16 96:3 107:22 109:14 110:19 111:4 120:11 121:1,13 131:2 132:5 133:20 142:5 151:7
**objections** 7:18 9:19
**obligations** 164:22
**observe** 69:8
**observed** 67:10
**obtained** 144:22
**obviously** 35:9 38:5 41:20 68:3 73:2 133:8
**occasions** 50:5 114:22
**occur** 32:8 34:17 39:6,10 39:22 40:4 90:11 98:18 128:9,13 150:13
**occurred** 29:22 30:1 31:11 70:21 71:1 141:16 159:10 159:11,17
**occurring** 67:20 69:9 71:14
**October** 5:21 138:16 146:10 146:15 147:8 147:13,19 148:14 149:10 153:6 159:19
**off** 23:7 30:18 31:3 49:18 50:7 53:21 54:2 55:10,17 56:3 57:12 66:22 69:5,16 69:18 70:2,5 70:16 78:22 83:3 99:5 100:3 102:4 108:18 109:5 110:4,9 112:12 113:22 114:2 114:16 123:9 125:11,17 161:3 166:16 166:17 173:18 173:19
**offer** 25:21 164:6
**offered** 26:4
**offering** 10:15
**offeror** 129:2
**offerors** 128:19
**office** 1:1 4:6 18:21 43:9
**officer** 128:20 176:3
**officers** 101:8
**Officer's** 169:6
**offices** 2:2
**officially** 130:19
**off-line** 113:21
**off-site** 17:20 18:9 20:21 29:11,20 31:11 35:12 57:3 78:12 86:5 87:7,12 90:15 91:17 93:11,14 93:16 94:5 101:17,18 108:9 112:3 124:7,21 151:11 161:18 168:2
**Okay** 9:20 70:19 84:14,15,21,22 119:1,2,9 124:9
**old** 10:22
**once** 8:11 17:22 28:11 48:7 50:20 51:5,11 61:9,10 118:2 171:14
**one** 14:21 15:2,3 20:1 21:9 24:3 26:6 27:17 30:19 31:2 42:22 43:5,21 44:5 45:9,10 46:16 49:20 55:18 60:11 62:12 74:12,17 82:6 87:19 88:4,12 98:5,7 98:9 100:11,12 100:13 101:11 106:15 117:19 118:6 120:16 122:2,4 124:10 133:14 143:14

145:4,13 147:4 155:8 167:3
**ones** 99:22 112:11
**only** 10:9 12:6 14:2 22:20 63:5,9 80:12 80:16 87:22 101:20 118:6 127:22 143:20 155:11 156:5 167:6
**open** 38:6,8 141:12 142:14
**opening** 147:10
**opinion** 108:1 142:6 151:10
**order** 9:2 113:4 139:4 156:2
**Orders** 13:5,8 13:12 173:14
**origin** 50:12 115:14
**original** 13:1 53:19 76:14 85:4,9
**originally** 14:2 65:17 110:6 127:12
**originate** 47:15 47:21
**originating** 47:19
**origination** 114:7,9
**other** 20:2 26:20 29:3,4 34:12 39:18,20 42:12 42:16,19 43:2 47:6 49:20 59:20 60:15 63:10,11,21 73:2,7 75:10 88:13 98:21 99:8 102:6 106:15 112:19 123:1,7 136:19 137:3 141:20 156:4 157:21 159:7 165:10 166:12 172:22 173:10
**others** 100:2 142:3
**otherwise** 120:7 176:11
**out** 11:2 12:16 19:18,19 20:6 20:10 28:21 50:13 60:7 62:9 64:4 84:6 87:20 88:1 89:4 91:13,20 92:6 99:22 115:18 119:13 135:3,6 138:22 141:2,4 165:12 166:9,12 170:19
**outcome** 176:11
**outset** 65:3,22
**over** 11:21 23:5 40:13 43:6 47:13,15 49:18 58:6 146:7 172:15
**overall** 28:22 109:4
**oversaw** 12:11
**oversight** 116:2
**own** 137:10
**owner** 9:4 15:7 153:11,17 155:3 170:10 170:19
**owners** 17:7 99:12,14
**ownership** 16:22 17:12
**owns** 17:5
**o'clock** 51:9 114:18

**P**

**P** 3:1,1 4:1,1 5:19 7:1 84:5 85:22 86:4 91:14 92:12 135:14 136:2 136:16
**package** 24:12
**page** 5:2,8 6:3 44:22 45:18 77:15,17,19,20 78:15,16 79:10 79:22 80:10 81:2,21 84:3 85:13 94:15 139:12 140:10 177:5
**pages** 1:21 40:14 161:21
**paid** 58:9 110:13,16 111:3,6,9,20 112:12 116:9 116:12,19 117:6,8,11,12 169:20
**Palmer** 73:9,18 73:19,22 76:15
**paperwork** 12:10 165:20 166:2,3
**paragraph** 65:3 78:17 81:16,21 84:3,19 85:14 85:17 91:10 94:18,19 124:11 125:4,8 126:15 168:4 169:12
**parallel** 142:22
**part** 16:13 23:13 24:2 36:3 44:16 48:20 77:16 80:4 81:15,19 141:2 157:15 168:13 171:22
**participate** 122:8
**particular** 31:16 68:19 85:14 87:4 89:12,15 91:20 94:15 115:7,13 135:8 147:6 163:2
**particularly** 40:22
**parties** 176:10
**pass** 104:3
**passed** 153:16
**Paula** 1:22 2:18 176:2
**pay** 112:14 116:17 118:17 119:6 121:8 155:13 166:9 166:13 167:9 171:19,22 172:5,9
**paying** 75:8,10 117:15
**payment** 19:12 168:9 169:14 169:17 170:6 172:22
**pen** 67:18 134:19
**pending** 10:10 169:15,18
**people** 90:18 138:9 147:18 148:9
**per** 51:22 52:20 54:21 55:8 59:13 61:9,10 75:13 80:17 117:12 118:5 146:2 147:11
**percent** 56:18 56:20 70:10 71:21 88:5 171:11,11,17 172:10
**percentage** 17:3 25:11 48:17,19
**percentages** 17:14
**perform** 165:6 165:15,20
**performed** 49:7 71:9 100:6
**perhaps** 43:16 50:7 58:6 62:7 63:9 68:1 98:8 98:9 104:19 135:18
**period** 66:4 105:5
**permanent** 70:13
**permit** 85:20
**person** 43:7,8 45:13
**personal** 100:18
**personally** 69:8
**personnel** 101:7 124:20
**perspective** 12:12 28:19 76:4,5,7
**pertain** 26:21
**pertained** 34:13
**Pete** 24:5 32:2 32:11,18
**phone** 33:4 43:6 46:11
**Photographs** 5:10
**phrase** 95:22
**phraseology** 41:3
**pick** 118:18,19

**picked** 45:6
**picking** 61:6
**Pierce** 3:14 6:11 7:21 8:3,17 9:18,22 21:5 21:18 27:2,6 36:14 37:4,14 42:18 43:16 78:6 79:6 80:6 80:19 81:12 82:11 83:18 84:1 87:16 88:2 90:4 93:22 95:16 96:3 107:22 109:14 110:19 111:4 120:11 121:1,13 131:2 132:5 133:20 142:5 143:13 143:18 144:6 144:13,18 151:7 167:22 168:4 169:12 172:2 173:22
**Pierce's** 143:16 143:17
**Pike** 3:16
**pinpoint** 147:18
**pit** 141:12
**place** 45:12 67:9 130:13 150:4
**plan** 71:16
**plans** 168:6
**Plant** 4:7 12:4 12:20 13:16,19 26:22 27:10 47:8 48:14 51:18 65:5 68:9 83:17 84:12 89:6 91:6 96:21 134:17,20 135:7 136:19 147:12 165:8
**please** 67:13 131:14
**plus** 75:20 116:10 164:13
**point** 20:8 27:17 27:19 43:14 53:19,20 54:1 64:14 114:7,9 114:15 115:14 143:3 152:3 153:5,15,20 155:12 156:8 156:10,16
**points** 51:12 141:19 142:16 142:19
**police** 18:9 20:20 29:10 33:8,11,14,18 34:2,5,17 39:6 48:9 49:8 56:7 67:5,19 68:7 68:12,16 70:12 76:21 84:4 85:21,21 90:2 91:13 92:11,13 92:18 93:17 98:14 99:1 101:8,12 104:1 105:6,12,14 106:11,18 107:1,4 114:6 124:17 135:14 135:18 150:12 150:19 151:5 151:16
**Police's** 29:21
**portion** 111:16 141:1,4 143:2 143:7,9
**position** 12:1 36:10 123:13 124:7 125:8 158:1
**possibility** 87:12 143:21 173:15
**possible** 39:1
**possibly** 26:9 37:15 66:16,17 75:20 85:12 91:1 108:10 116:2,8 121:15 138:13,19 149:7 155:9 158:14
**potentially** 38:11 57:2 95:19 119:18 142:1 153:14 158:6
**Power** 4:7
**predicated** 76:15
**premium** 58:10 58:11 111:6 112:12 117:12 164:19
**preparation** 41:21
**prepare** 53:8
**prepared** 23:13 26:22 45:4 52:9 64:21,22 76:14 167:8
**preparing** 32:4 167:4
**present** 4:3 42:20
**pressing** 168:22 169:21
**pretty** 20:9 96:6 157:2,4
**prevent** 10:15
**previous** 134:10
**pre-bid** 97:9,16 98:13
**pre-marked** 108:19
**price** 55:13 111:14,17
**prime** 34:19,21 35:16,18,19,22 36:5,13 37:3 37:20 38:10 79:17
**prior** 11:7,10 12:1 41:14,20 41:21 55:4 96:20 143:6 150:9
**probably** 14:10 20:8 35:8 38:21 66:4 71:12 91:3 96:9 103:11 142:8,19 149:13 155:10 158:12
**procedure** 45:20
**procedures** 102:9 103:14 103:22 104:14
**proceedings** 176:4,6,6
**process** 23:15 36:3 96:15 163:7 166:1,3 166:8 172:1,1
**processing** 165:8 166:5
**produce** 27:3
**produced** 33:20 171:22
**production** 120:3
**productive** 120:7
**productivity** 119:22 120:10 120:16,19,22 121:12
**Professional** 176:3
**profit** 26:10 27:9,14,15
**profitable** 27:11 27:14 28:10,18
**project** 4:8 9:5 12:2,3,4,6,9,11 12:11,12,17,21 13:18,20 14:1 17:22 18:3 22:10 23:3,16 23:22 24:3,22 25:8 27:1 28:3 28:22 29:5,8 30:21 31:2 34:18 41:14 45:9,11 47:4,8 48:6,7,14,22 49:4 50:11,16 50:19,21 51:2 51:5,6,7,10,14 51:18 60:7,19 60:19 61:2,5 62:4,5 66:7 67:12 68:9 69:21 71:13 79:12 80:5 83:17 86:19 87:1,4 96:20 99:4 100:5,5,6 100:14 101:6,9 104:16 106:4 109:2 112:20 114:8,12 124:22 134:12 134:17,21 135:12 138:19 141:20 142:10 143:15 147:13 147:15 149:19 150:4 152:19 153:9 157:21 165:9,13,22
**projected** 27:15
**projects** 99:6,8 99:11,12,14 101:20 102:2,3 102:5

**promoted** 12:8
**promptly** 163:15
**pronouncing** 122:6
**proper** 45:20
**property** 128:2
**proposition** 124:16
**prosecute** 160:11 168:6 168:15
**prospective** 128:19
**provide** 42:9 44:10 51:13 64:9 88:8 95:3 121:16 162:14 173:6
**provided** 35:1 36:4 42:13 44:16,18 64:11 64:13 66:18 80:15 81:9 88:1,5 91:9 109:18 123:21 127:4 130:20 131:5,10 132:10,15,17 132:20 133:10 133:15 134:11 134:15 143:13 145:13 146:6,7 171:5
**providing** 105:21 127:7
**provision** 82:18 89:9,20 90:11 91:20 125:15 126:14 127:11 127:14
**provisions** 5:15 121:21 122:17 123:1,7
**prudent** 129:2
**Public** 2:19 176:1,20
**pull-up** 104:2
**purporting** 162:14
**purpose** 42:5 44:7 60:17 67:2 103:4 105:20 127:6
**purposes** 50:14 68:5 80:16 129:12 161:15 162:5
**pursuant** 2:18 16:2 170:18
**pursue** 37:10,18
**put** 136:6
**puzzled** 131:13
**P.C** 3:15
**P.E** 4:5
**p.m** 174:3

Q

**quantities** 24:22 25:2,3
**quantity** 20:14 22:8 30:6,6,10 30:11,17 31:5 31:6 109:4 164:12
**question** 10:1,2 10:9,10 49:21 62:14 137:13 145:7 151:5
**questions** 9:13 9:13 72:19 97:16 108:20 173:22
**quick** 72:9
**quickly** 124:4
**quite** 145:9

R

**R** 3:1 4:1 7:1 177:1,1
**radioing** 105:3
**railroad** 140:5
**ran** 71:5
**rate** 15:12,16,20 16:2,6 18:18 22:6 54:22 55:2,8,11,19 55:20 56:9,21 58:5,6,14 59:13 61:13 75:8,10,13 109:17 111:10 111:21 116:18 116:19 135:13 144:17 164:9 164:13,16
**rather** 34:18 117:13
**RE** 177:2
**read** 8:1 94:19 98:21 126:18 127:11 154:18 161:20 175:4
**real** 72:9
**really** 34:22 76:5 80:16 90:13 160:19 164:5
**reason** 10:6 22:20 88:7,10 128:15 151:19 177:5
**reasonably** 129:2
**reasons** 28:1 54:5 65:6,18 138:3
**recall** 12:20 14:1 15:20 16:4 19:4,8,10 19:14,16,17,21 19:22 20:1,3,4 21:1 23:1,7 26:2,7,8,10,13 27:11,14 29:9 29:19 32:21 33:10 34:12 42:2 44:2 48:17,19 49:16 50:10 52:20 54:7 55:3,8,10 55:22 56:14 66:11 69:5,20 70:20 71:2,4 71:17,18,20 77:4,7,9 85:7 86:11,13,16 88:15 89:20 97:3,7,13 100:2 101:20 102:5 103:11 104:6,7 106:22 107:1,5 108:22 124:1 127:19 138:4,21 139:2 145:6 146:11 146:16 148:12 149:2,8,14,16 152:2,18 153:7 154:1,13,17 155:16,18,22 158:11,16 159:2,3,4 160:19,22 161:3 163:13 163:14,18,19 164:5,7 167:1 168:19,21 170:6 173:15
**receive** 145:6 168:9
**received** 14:14 130:11 131:16 132:1 145:3 160:14 169:3 172:8,9
**receiving** 15:7 15:12
**recent** 156:15
**recently** 27:22
**Recess** 72:11 79:1 108:13
**Recital** 81:16
**Recitals** 78:17 81:21
**recognize** 40:19 147:1
**recollect** 83:2
**recollection** 26:3 46:1,6 67:20 71:22 134:13,14 138:18 145:12 147:17,20 150:5 155:5,11 156:5 163:21 168:12
**record** 26:18 78:22 79:2 108:18 114:1,2 143:19 161:15 162:4 166:16 166:17,18 173:18,19 176:6
**records** 170:6
**recovery** 39:1
**reduced** 171:13 171:14,15 176:7
**Reed** 47:12
**reference** 129:22
**referenced** 123:7 124:5 125:4
**references** 125:19 162:10
**referring** 7:12 28:9 84:19 89:5 125:1
**refill** 63:16
**refilled** 63:15
**reflected** 44:21 85:5 97:5

123:1
**reflects** 172:9
**refresh** 46:1 147:17,20 163:20 168:12
**Refrigeration** 12:4,20 13:16 13:19 26:22 27:10 47:7 48:14 51:18 65:5 68:8 83:17 84:12 89:6 91:6 96:21 134:16 134:20 135:7 136:19 147:12 165:8
**refused** 169:14
**regard** 8:5 9:10 14:1 20:14 30:3 41:6 89:9 120:9 125:3 126:1 142:12 162:10 163:16 171:6
**regarded** 126:3 131:10
**regarding** 160:15
**Regardless** 27:8
**regards** 139:5
**Registered** 176:2
**regular** 103:2
**reimbursement** 131:6
**reinspected** 106:9
**relate** 80:17
**related** 13:8 14:20 15:4 79:18 168:1 176:9
**relates** 51:1 59:6 171:10
**relating** 59:9 136:20
**relation** 14:16
**relative** 15:7,12 16:10,16 17:18 18:6 25:22 29:16 42:10 44:11 52:21 56:22 57:3 59:2 64:9 86:18 103:15 112:12 115:21 117:20 119:22 124:7 129:6 137:19 138:6 140:16 159:12 160:4 162:2 165:7,21 166:14 167:7
**relaxed** 135:18
**release** 19:5,11 170:3
**released** 170:10 171:2
**relevant** 36:22 37:2,8 90:1 123:8 143:14
**rely** 171:7
**relying** 39:13
**remain** 116:14
**remainder** 112:21
**remained** 25:10 109:5 110:17 164:13
**remember** 15:17 16:8 41:19 70:16,17 107:16 112:9 125:11 153:8 158:14 172:3,8
**Remind** 101:2
**remote** 128:6
**removal** 15:21 16:6 165:7,21
**remove** 23:12 109:17 111:7,9
**removed** 22:9 23:3 29:7 110:12,12 111:18
**rendering** 140:20
**renegotiated** 55:5
**repeat** 21:9 133:14
**rephrase** 49:21 117:5
**replaced** 92:6 93:16
**replenish** 63:21
**report** 5:9 40:19 41:22 44:22 45:19 66:19
**Reported** 1:22
**Reporter** 2:19 9:16 176:1,3
**reporting** 45:13
**reports** 26:17,19 29:7 31:14 112:19
**represent** 7:8 55:16 81:6 84:10,16 143:11 144:13 148:8
**representation** 144:11
**representatives** 148:16,17
**represented** 82:1
**representing** 8:19
**req** 172:9
**reqs** 171:19,22 172:5
**request** 27:5 128:19 129:5
**requesting** 162:15
**require** 157:12
**required** 65:5 95:1,14 110:5 135:13 157:20
**requirement** 35:13 37:13,20 112:3,13 117:22 119:5 120:2 135:19 136:21 151:3
**requirements** 22:18 79:17 99:9 100:19 129:7
**reserved** 7:19
**Resno** 153:3
**resolve** 155:10
**resource** 54:3,4 115:7 116:10 117:18 119:3 119:21 120:5 121:6
**resources** 50:3 52:11 54:16 73:2,7
**respect** 95:3 168:7
**respective** 17:12
**respond** 161:2
**responding** 162:22 163:16
**response** 152:11
**responsibility** 81:15,19 123:11 150:12
**responsible** 82:7 168:10
**rest** 117:9
**restroom** 10:7 72:9
**result** 170:3
**results** 44:18,22
**retainage** 171:16
**retained** 40:20 41:6,8
**retainer** 170:18 171:1,10 172:19 173:10
**retention** 169:20 170:8,13 171:14 172:12
**return** 120:6 177:3
**Returning** 143:10
**review** 44:16 81:17 82:22 83:3 96:22 125:10 127:21 130:18 147:15 161:5
**reviewed** 82:17 82:19,19,20 91:9 122:14 123:20 124:2
**revised** 156:21
**Richmond** 1:15:15
**right** 7:12 8:2 12:4,14 13:2 13:14 14:7,12 15:16 17:21 18:3 20:21 29:17 31:12,13 34:6 50:4 53:21 54:8,18 55:14,15 61:19 62:16,18 63:14 63:15,18 66:21 70:5,8 76:11 77:16 83:7 89:21 90:3 91:15,17 92:7 92:21 93:17 94:5 98:18,20 99:2,22 100:22 101:21 102:15

102:19 103:19 105:15 107:12 109:11,21 110:1,13,22 111:18 112:3 113:20 114:8 114:13,15 115:10 117:16 118:10,15 119:7,8,10,12 120:2,16 122:6 128:6,7,9,13 129:17 130:7 131:17,21 133:8,19 135:20 136:11 137:16 141:18 142:15 143:8 146:10,12 148:14,18 151:21 158:7 159:19 162:16 163:9 164:10 164:14 166:10 167:4,10 168:18 169:6 170:20 171:20
**right-hand** 79:10 80:12 141:17
**road** 56:4 73:9 73:18,19,22 76:15 117:10 140:6
**Rockville** 115:15
**role** 16:15 21:11 165:6 166:13
**room** 107:7
**rough** 53:10
**roughly** 12:13 13:4 25:16 29:12 31:6 59:5,8 66:14 68:10 70:21 72:3,4 74:9,10 76:20 103:7 109:1 117:19 136:15 146:10 149:8 158:21 161:1
**round** 51:4 74:11,16 119:15,19 146:2
**route** 45:7 74:13 107:5 115:13 115:16
**routes** 147:15
**routine** 99:8
**RSI** 47:12
**Rule** 77:16,18 121:20
**rules** 7:17 8:5 9:10
**run** 52:21 57:7 62:9 72:9 75:21 121:9
**running** 71:1 142:22 143:1
**runs** 52:19

S

**S** 3:1 4:1 5:1,6 6:1 7:1 177:1
**Safe** 54:11,12,19 54:22 55:22 56:6,19 57:4,8 57:10,12,15 59:6 72:20 75:2,8 76:1 146:5,6,13
**Safe's** 55:8 146:9
**same** 21:18 32:3 44:8 45:8 53:2 60:10 61:15 62:11 67:1 89:5 109:5 126:1 136:15 148:6 164:13 175:5
**sat** 9:11
**Saturday** 30:1 31:12,17 33:3 34:9 66:9
**saw** 81:16 87:19 88:4 144:6,8 150:15 153:11
**saying** 7:11 13:17 33:5 62:19 67:5 94:13 119:11 127:8 149:2
**says** 34:5 84:4 90:16 91:13 126:10,22 136:4 155:1
**scale** 139:19
**schedule** 8:22
**Schoenefeld** 5:17,20
**Schoenefeldt** 5:16 6:5 122:5 122:7 129:13 145:10 147:7 152:21 154:8
**scope** 14:5 25:7 80:17 109:22 110:10,10,18 157:16
**screwy** 172:8 173:1
**se** 80:17 117:12
**seal** 176:13
**second** 78:16,22 108:12 114:1 166:16 173:18
**section** 5:12,13 82:9 83:15 84:11,12 85:2 85:5 89:6,12 89:15 124:11 124:16 127:21 143:6 150:17
**secured** 124:20
**security** 65:6,18 85:14,17 87:15 89:10,19 99:13 102:8,15 105:14,18 116:18,18 121:22 150:17 168:2
**see** 45:21 65:10 65:12 77:20 78:16 79:22 80:10,13 81:2 82:1,4 83:15 86:2 89:4,17 91:8 92:8,15 94:22 103:5,16 106:17 107:4 118:7 124:10 125:21 126:16 127:20 128:18 129:3 130:3,10 130:14 134:9 145:22 147:10 152:7 154:11 154:22 161:22 162:12,21 163:5 167:22
**seeing** 106:22 107:1 152:2,11 154:17
**seeking** 20:11 58:4 137:9
**seem** 148:10
**Seeman** 145:10 145:16 149:7 153:2 158:10 158:15
**seems** 46:4 68:1
**seen** 36:18 40:15 40:17 84:2 85:4 86:8 88:16 89:20 134:6 135:11 143:20 152:6 154:16 161:12 167:20
**self** 96:6
**send** 143:21
**Senior** 4:8
**sense** 76:1 102:18
**sent** 45:9,9 64:4 122:3,4
**sentence** 65:12
**sentences** 130:9
**separate** 18:17 20:12
**separately** 110:13,16 111:20
**September** 5:12 6:5,9 45:16,20 82:17,22 83:16 84:11 154:10 158:18 161:2 162:6,9 163:3 163:4 176:16
**series** 14:20
**serves** 31:13 34:6 56:5
**service** 60:2,5,8 60:9,11,15,21 60:22 61:7,13 61:17,22 62:6 62:7 63:1,9,11 63:15,16,19,22 64:1
**Services** 47:13
**serving** 60:16
**set** 34:7 107:20 111:10 113:10 114:19 176:12
**several** 28:14 43:1 53:1 122:3 124:2 149:7 161:21
**shade** 135:3
**shaded** 135:6
**shame** 173:16

**sheet** 46:3 67:22 68:1 175:7
**sheets** 46:22 64:11,13,20,20 64:22
**shifted** 72:1
**short** 154:19
**SHORTHAND** 176:1
**show** 26:15 29:4 29:7 30:10 114:17 140:7 150:21 173:2
**showed** 51:4,5,8 133:1,2
**showing** 50:16 90:18 105:8,12 130:20 132:13 132:15 133:11 133:16 173:4
**shown** 52:17 71:5 124:14 139:15 140:9 145:4 171:19
**shows** 31:3
**side** 34:4 47:1 80:12 141:17
**sidebar** 139:7,8
**sign** 8:1 112:15 112:16 116:21
**signage** 11:17
**signal** 11:17
**signature** 77:20 174:2 175:11
**signed** 48:6 50:21 51:5,10 72:6 77:10 113:8,9,12,12 113:15 117:7 118:1 127:17 130:18 175:7
**signs** 131:20
**similar** 19:15 67:3 100:5 136:17,20
**simply** 10:7 44:10 76:1 102:17 103:13 103:18
**simultaneous** 140:17
**simultaneously** 143:13 144:18
**since** 27:18 34:9 169:22
**sir** 15:19 18:15 93:13
**sit** 33:12 116:15 123:6 125:7
**site** 20:11 23:12 31:20 32:7,22 34:18 39:6,10 39:22 40:4 48:13 49:14 50:8 51:2 53:12,16 60:16 62:16,17,19 63:12,19 65:6 65:14,19,22 66:12 67:6 68:13 69:13 71:15,19 85:14 85:17 87:7,14 89:9,19 90:15 90:18,21 93:12 94:8,11,14 98:18 99:1,5 99:13 101:13 102:19 103:6 104:16 105:2 105:14,18 106:20,21 110:4 112:13 112:15,17,19 113:2 114:8,12 115:1,2,10 117:19,21 118:3 121:22 124:14 125:17 125:18,19 126:1,3,4,5,8 127:8,10 128:9 128:13,16 129:6 130:13 132:13 133:7,8 135:20 136:15 136:16 138:6 139:6 141:9,11 141:21 150:17 165:13
**sites** 99:10
**sitting** 45:13
**situation** 91:3,5 101:16,19 160:21
**six** 10:21
**six-fold** 58:14
**size** 107:7,8
**slip** 105:6,8,11
**slips** 105:21
**smoke** 10:6
**sniffing** 103:19
**soil** 13:9,12 14:3 14:6,9,11,15 14:17 15:4,8 15:13,21 16:6 16:10,17 17:18 18:7,14 19:13 20:6,15,16 21:3,12 22:3 22:14,17 23:1 25:6 54:8,11 54:12,19,22 55:6,8,13,22 56:6,15,19,21 57:4,5,8,10,12 57:13,15,22 58:6,7,8 59:6,6 59:10 72:20,22 75:2,8,9,11,14 76:1,10 109:1 109:9,18 110:12,14,17 146:5,6,9,13 155:17,21 156:3 164:9,16 164:20,22 165:1,4,7,18 165:21 166:10 166:14,22 167:7
**solely** 159:15
**Solomon** 74:2
**some** 7:17 8:6 12:9 16:7 19:9 20:8 38:21 51:12 90:18 99:11,13,15 100:9 107:15 112:2,8 119:6 123:21 135:17 138:5,16 140:17,19 143:7,9 152:2 155:12 158:5 173:3
**somebody** 31:18 33:7,7,8 97:22
**Someone** 31:20
**something** 19:15 33:2 83:5 90:12 96:8 121:17 157:15
**sometime** 138:11
**Sometimes** 7:9
**somewhere** 13:13 29:13 43:20 74:10,14 75:20 116:6 139:16 141:16 152:8
**Sons** 47:12
**soon** 157:2,4
**sorry** 46:21 81:20 125:5 135:5
**sort** 99:13 100:9 107:15
**sought** 131:6
**sounds** 146:12
**south** 48:2 65:7 65:14 67:11 69:16,18 70:2 70:5,8 84:5 85:22 86:4 91:14 92:12 116:5 135:1 141:7 142:10 142:12,22
**southbound** 70:2
**Southeast** 65:8 84:5 86:1,5 91:15
**Southern** 73:9 73:17 76:16
**speaking** 161:22
**Special** 85:18
**specific** 107:5 124:13
**specifically** 57:7 57:17 83:3 94:12,13 95:4 95:22 96:7 98:19 100:11 128:12 134:18 155:18 158:16 163:18 168:20
**specification** 5:12,13 82:9 82:18 83:16 84:11 85:2,5 124:11,16
**specifications** 81:3,5,7,8,17 83:1 85:9 89:12
**specifics** 112:9 152:18
**specs** 83:4 125:11
**speculating** 158:12 159:1
**speculation** 21:6

80:20 87:17
131:3 132:6
133:21 151:8
**spend** 103:10
**spoke** 164:8
**spreadsheet**
30:16
**stand** 99:22
**standard** 7:18
30:16
**standpoint**
156:7
**start** 89:4 115:6
**started** 12:13
45:8 114:17,20
138:21
**starting** 50:13
55:4 115:18
124:10
**state** 98:17
131:15
**stated** 95:4 96:1
96:7,13 149:16
**states** 65:2,13
78:17 85:18,21
89:15 92:11,12
94:22 124:12
127:3,21
128:18 130:10
146:1 147:11
**station** 45:10
50:20 61:18
62:1 65:14
84:4 85:22
91:14 92:11
113:7,18
115:17 151:12
**stationed** 105:14
**stay** 51:6 63:22
**steadily** 27:18
27:21
**stenographica...**
176:7
**Stephen** 5:16,17
5:20 6:5 46:20

47:1,2
**Steve** 122:5
129:13 145:10
149:5 152:19
152:21 173:4
**still** 12:10 24:9
24:10,14,17
110:3,4,11,11
110:17 113:14
130:22 132:3
132:18 133:4,5
145:16
**stipulations**
7:18
**stories** 145:14
**straight** 117:10
**straightforward**
120:18
**Street** 1:2 5:19
65:8,8 70:3
84:5,5 85:22
85:22 86:4,4
91:14,15 92:12
92:12 135:14
136:2,16 141:7
142:13,17,22
**streets** 106:19
107:2,4 135:1
**strictly** 39:13
55:18 117:13
123:17 137:10
137:12 167:8
170:14
**strong** 144:12
**structures** 11:17
**Stuart** 5:18
16:21 17:7
23:19 35:9
37:21 76:17
122:14 123:16
130:19 148:21
159:9
**stuff** 11:9,18
24:22 28:2
64:11 69:7

74:19 150:10
166:7
**subcontract**
5:11 15:22
26:11 27:10
35:4,5,11,13
36:12 37:2
38:9 55:14
58:4 72:6 77:6
77:10,19,21
78:2,4,11
79:11 81:10
82:16 83:7
85:6,11 94:15
97:6 98:16
111:11,12
122:22 123:4
126:21 129:20
131:21 132:4
132:12,18
170:18
**Subcontractor**
1:6 78:18,20
**subcontractors**
136:19 137:4
**subject** 126:22
129:16
**submit** 137:19
138:2
**submitted** 28:9
53:9 71:15
136:20 145:21
156:16
**submitting**
155:2
**subsequent** 85:2
**Subsequently**
65:13
**substance**
149:14
**substantially**
14:10 52:18
109:10
**sufficient** 156:7
**suggestion**

98:22
**Suite** 2:6 3:8
**sum** 95:5 96:12
156:2
**summary** 82:9
**summer** 11:9
138:11,12
**summers** 11:13
11:14
**superintendent**
31:21 32:1,13
32:16 165:14
**supervision**
176:8
**supplementing**
158:2
**suppliers** 46:14
**supply** 63:21
**support** 125:8
153:12
**supported**
123:12
**supports** 124:7
124:16 125:15
**supposed** 85:9
113:16 114:18
**sure** 15:9 16:12
17:4,14 19:9
20:8 27:6,19
29:1 37:7,21
38:1,16,18
39:3 49:5 53:5
58:10 68:14
70:11 71:21
72:10 74:8,18
74:20 81:11
107:8,10 108:4
114:10 115:19
124:1 125:13
130:17 145:9
157:3 161:5
166:1,2 172:10
**surveillance**
106:12
**survey** 44:19

45:4,19
**Surveys** 64:16
**suspect** 38:18
**swagging**
117:20
**swear** 26:8
**sweep** 71:18
**sworn** 7:3
**synonymous**
126:5
**S.E** 5:19

**T**

**T** 5:1,1,6 6:1
177:1,1
**TAC** 130:10
147:14
**tagged** 105:1
**take** 10:5,11
17:19 40:13,20
45:17 52:18
53:12,15 59:13
61:12 67:18
69:16 75:3
79:13 80:3
105:11 108:11
115:16 130:13
134:19 150:3
168:6
**taken** 8:8 21:11
28:21 40:22
41:1 141:2
160:1 168:6
176:4,7
**take-off** 22:8
23:11,13 24:3
29:3 52:9
**take-offs** 24:13
**taking** 9:16
16:15 50:7,8
56:1 67:8 70:1
70:8
**talked** 37:22
38:3 76:19
108:22

**talking** 13:18,19 28:5,5 30:4 51:3 64:14 149:17 157:6 166:21
**tank** 62:12
**tanks** 63:6,7
**tasked** 34:19 35:3 123:10
**Tavousi** 24:1,8 24:10
**team** 70:13,15
**tedious** 166:5
**TELEPHONIC** 4:11
**tell** 65:17 124:21 126:18 139:12 139:19 161:12
**telling** 33:18
**ten** 104:19 171:11
**term** 95:13,15
**terms** 9:18 19:11 22:8 24:8 25:2,5 28:4 35:4,12 37:1 44:21 45:5 48:12 50:7,13 52:14 53:7 57:2,22 58:3 71:7 72:18 75:9 77:17 79:13 85:8,10 87:8 87:11 89:5,9 89:20 90:1,10 93:6 94:13 95:12 102:13 102:15 104:4 104:13 115:12 120:5 121:10 141:22 142:14 149:15 157:10 160:5 163:8 166:9 167:9 168:22 172:13 173:7
**test** 44:22
**testified** 7:3 96:15 138:10
**testify** 172:7
**testimony** 10:16 135:17 175:4,6
**testing** 45:5,6 46:8,14
**their** 36:7 38:16 38:22 50:7 53:19,21 56:2 56:9 57:17 72:21 76:22 77:6 101:13 115:14 116:12 116:12 124:7 160:20 171:2,7
**themselves** 81:18 82:8
**thing** 60:10 61:15 93:7 113:7 114:12 117:7 169:4
**things** 12:10 24:13 151:22
**think** 8:17 31:13 38:1,5 39:19 43:4,20 53:11 60:17 66:5 74:5,14 91:7 102:4 138:15 143:21 144:14 150:16 158:13 159:1 169:2 171:14 173:12 173:21
**thinking** 157:8 158:1
**third** 139:12
**though** 85:8
**thought** 138:10 160:19
**three** 24:7 43:21
**through** 11:9 20:19 31:2 38:22 42:7 45:4 47:11,12 61:1,4,18,22 64:3 67:4 107:11 112:17 122:15 123:11 123:16,18 124:4,19 127:9 127:9 140:8 143:6 166:7
**throughout** 46:12 63:7 152:19
**throwing** 158:7
**Thursday** 1:14
**Tieder** 2:4 3:6
**time** 7:19 10:5 17:15,15 18:5 20:18 21:3,9 21:15 22:2 26:9 27:3,19 32:2,14 34:13 35:21 40:22 41:1,19 43:11 44:19 45:8,12 45:15 51:1,8 51:20 52:2 53:3,8,15 54:16,19 58:21 60:6 61:8 64:16 71:14 74:12 105:3,5 105:9,12 106:2 106:6 112:10 113:5,11,11,12 113:13,14,15 114:17,19 116:20 117:14 117:15 119:17 120:7 121:9,10 124:22 133:14 142:16 145:21 146:14 152:3,8 153:16,20 155:8,11,12 156:8,10 157:9 157:10 158:14 161:1 164:6 169:19 172:8
**timely** 160:12
**times** 8:10 45:11 45:13 46:12 124:3
**title** 10:18 32:15
**today** 10:16 28:6,19 33:12 88:9 116:15,15 123:6 125:7 156:14
**told** 31:18,20 32:20 33:7,7,8 34:2,5 37:17 39:4,8,21 40:3 75:2 137:21 144:7 152:4,14 152:14,17 153:20
**ton** 15:21 16:7 25:22 54:21 55:8,14,16 56:9,15,20,21 57:7 58:1,5,6 58:11,21 59:13 75:13,20 111:10,21 164:16
**tonnage** 22:11 22:16 57:21 59:14 167:10
**tonnages** 22:14 22:21
**tons** 14:3,6,10 14:12,17,18 20:15 22:8,15 25:16,17 75:15 75:17 109:2,2 109:10 110:1,8 111:3,9,17 164:12,13
**top** 23:7 55:10 56:3 69:6 70:16 83:3 100:3 102:4 123:9 125:11 161:3
**total** 22:8,11 23:2 25:7,10 29:4 31:3 75:19 102:2 172:13,18
**tough** 28:3
**town** 18:22 47:13 73:20
**track** 22:21 46:11
**tracking** 30:17 46:12 106:12 167:6
**tracks** 30:15 140:5
**training** 102:8 102:10
**transcript** 5:7 6:2 8:1 40:9 67:16 72:16 83:11 88:22 108:16 134:4 146:19 154:4 161:8 167:16 176:5
**transcription** 175:6
**transpired** 148:1
**transport** 164:22
**travel** 44:19 64:16 69:13 115:8
**traveled** 106:19
**traversing** 140:21
**treat** 75:2

**treating** 55:17
**treatment** 165:3
**trench** 142:14
**triangle** 135:1
**trip** 74:11,16 113:17 117:7 119:19 121:7
**trips** 120:6 121:11
**truck** 17:20 18:7 18:12 19:19 20:6,10 21:2 21:17 22:2 29:17,21 31:15 31:21 32:8 34:13,16 37:1 37:11,12,19 39:5,9,21 40:4 40:21 41:2 45:7,9,10,12 45:13 46:12,22 47:3 50:14 53:15 56:22 58:20 59:2 60:8,12,15,22 61:3,7,13,18 61:22 62:6,15 62:15 63:1,9 63:15,16,19,22 64:1,15 69:6 71:19 82:15 90:11,20 97:17 98:17,22 103:19 104:2 112:18 113:4 115:9,13,17,20 116:3,4,6 117:1 118:5,14 118:18 119:4,5 119:17,17 120:1 121:11 122:18 124:7 124:17 126:20 129:17 130:1,5 136:21 138:7 139:8 141:10 146:2 147:11 147:15 148:12 149:9,22 150:13 152:4 155:20 156:3 157:12,14 159:13,16,22 160:5 163:16
**truckers** 47:13
**trucking** 28:2,4 46:14,17 47:6 47:14,18 50:2 50:6 51:16 52:5,10 54:3,4 54:16 66:5 73:2,7 75:10 112:2 115:7 116:10 117:13 117:18,22 119:3,21 120:5 121:6 146:14
**trucks** 20:21 29:11 32:20 33:15 34:2 45:8 46:15 47:10,12 48:6 48:8,11,17 49:8,9,10,16 50:13,18 51:1 51:12 53:12 54:10 57:6,17 60:11,21 63:2 65:5,18,21 67:1 68:13 69:12 70:1,7 71:1,10 87:6 90:18 92:18 99:9 100:8 101:5 103:15 104:18 105:1,3 105:4,18 106:13,19 107:6,9,11,15 112:14 113:1,8 113:9 114:7,11 115:1,6 118:9 121:16 135:13 136:1,10 141:5 141:8,13 142:2 151:17 157:21
**true** 77:3 144:20 175:5 176:5
**try** 121:15 131:12
**trying** 114:4 119:13 122:21 147:18 158:11 169:4
**tunnel** 107:15 107:17 140:2,4 140:6,7,8,9,13 140:19 143:6,8
**turn** 63:14 77:15,19 89:11
**turning** 78:15 79:10 81:2 121:19 128:17 129:11 139:11 143:1 162:4
**twice** 111:3 171:15
**two** 8:15,16,17 11:21 24:1 43:5,22 44:2,7 45:8 46:15,17 47:2 58:22 67:4 71:11 98:7 101:20 102:2,6 104:20 125:20 130:3 141:19 142:19 152:1
**two-thirds** 23:2
**two-week** 66:4
**type** 11:15 24:19 60:15 67:1
**typewriting** 176:8
**typical** 71:12 101:15
**typically** 113:9

**U**

**ultimate** 53:20 54:1
**ultimately** 14:11 37:12
**under** 65:2 78:17,17 81:21 85:10,17,17,18 87:14 91:10 94:18 118:20 118:21 128:17 128:18 176:8
**underground** 11:18
**underneath** 140:4 143:1
**understand** 7:11,22 9:12 9:22 13:18 18:22 19:6 49:5 50:22 95:13 105:20 122:1 127:6,22 146:4 170:17
**understanding** 95:22 96:1 106:1 124:6 156:11
**understood** 95:1 127:14,15
**underwent** 149:7
**undisputed** 169:14
**unit** 15:20 16:6 18:18 22:6 56:9,21 59:13 109:17 111:21 164:9,13
**United** 85:21
**universe** 102:1
**unless** 9:22
**unpaid** 116:14
**until** 7:19 66:6,8 67:21 113:14 146:9 161:2
**untypical** 101:15
**upper** 136:9
**up-to-date** 30:17,20 31:2
**use** 10:6 36:8 47:13 50:2 58:21 61:16 63:7 108:7,8
**used** 18:18 47:3 47:7
**using** 69:2
**utilization** 71:16
**utilize** 67:2
**utilized** 73:15
**utilizing** 51:17 53:6 54:3 57:4 67:1 68:18 73:3
**U.S** 4:7 74:6 92:13,17 106:18 150:18 151:4,16

**V**

**vaguely** 26:7,8 37:22 38:3
**value** 12:19 13:1 13:11 56:14 57:21,22 172:13
**varied** 52:22 53:3 113:5
**various** 80:1 90:17 99:11 121:21 161:4
**vary** 54:2 115:17
**vastly** 58:1
**vehicle** 130:13
**vehicles** 62:7

63:2,11,21
**verbal** 171:8
**version** 85:1 87:22 89:19 122:2 143:12 143:16 144:17
**versus** 30:6,11 31:1,3 52:15 53:7
**very** 30:22 107:9 113:6 154:19
**via** 22:15
**vicinity** 73:9,14 73:18
**view** 41:1 68:2 75:22 107:19 117:21 126:5 132:12,21 141:11,15 142:4,21
**viewed** 120:15
**Virginia** 1:13 2:7,20 3:9,17 11:6 65:9 67:11 69:14,21 70:9 106:20 107:20 115:16 135:2 140:21 141:1,7,13 143:2 176:21
**visit** 114:5,6
**volume** 23:11 55:6 58:20 73:22 80:11

W

**waived** 174:2
**wake** 146:14
**walk** 45:4 112:17 124:4
**walked** 69:6 104:6
**walking** 68:21 70:17 104:9
106:18 107:2
**want** 27:4 49:5 83:6 87:13 108:20 131:12
**wanted** 103:13 103:16 108:7
**wants** 8:1
**Washington** 1:2 116:6
**wasn't** 76:6 117:12 119:18 150:8 153:16 156:7
**watching** 165:15
**Watt** 2:4 3:6
**way** 20:1 38:6 49:20 53:6 59:18 69:21 74:5,12,17 88:13 89:5 91:7 106:15 113:9 158:21 171:3
**ways** 90:17
**week** 138:4
**weeks** 42:4 43:1 67:4 104:20
**weighed** 22:15
**well** 8:20 36:18 36:22 38:5 60:1,2 69:1 79:17 84:1 90:17 95:2,21 104:11 123:16 125:1 138:19 142:15,18 146:8 148:18 157:19 158:16 164:7 169:5
**went** 25:16 30:18 45:12 53:1 73:13 74:1 117:9 123:16 135:5
137:14 138:14 140:4,6,7 164:12
**were** 11:7,10,15 12:3,6 14:20 15:9 16:9,11 16:13,15 17:17 17:19,20,22,22 18:5,8,17 19:18 20:5,9 20:11,19 21:3 21:15,20 22:2 22:5 23:15,21 28:13,16 30:4 32:7,8,20 34:10,17,19 35:1,3,21 39:6 39:9,21 40:4 43:2,6,6 44:3 46:8,13,13,14 46:15,17,18 47:2,6 48:11 48:15,18 49:2 49:9,10,13,14 49:17 50:13,21 51:5,14,16,17 51:20 52:1 54:1,3,10,16 54:21 60:2 64:6,22 65:5 65:18,21,21 66:1,5,6,22 67:8,20 68:7 68:13,14,16,18 68:21 69:3,12 70:1,4,7,13,22 71:6,7,19 73:3 73:8 75:8,10 79:13,14 81:5 81:8,8,11 85:9 86:18,22 87:6 92:18 93:11,15 96:15 97:13,20 99:1,12,14 100:8,13,15,19
102:6 103:14 104:7,9,18,20 105:1,6 106:3 106:12 108:14 108:15,18 110:1,5,6,8 111:6,9,18,20 113:8,15,16 114:15,16,18 115:18 117:8 117:11,14,15 118:3 123:10 123:18 128:13 131:9 132:10 132:20 133:10 136:1,1,4,10 141:5,8,19,20 142:3 144:20 145:13 148:16 148:17 149:17 149:22 150:3 150:13 152:19 152:20 157:20 158:9,20 159:4 159:7,22 161:6 162:21 163:7 164:2 166:21 169:2,4,8 173:1 176:4,6
**weren't** 69:2 73:3 169:20
**West** 12:3,20 13:16,19 26:22 27:9 47:7 48:14 51:17 65:4 68:8 83:16 84:12 89:6 91:6 96:21 134:16 134:20 135:7 136:19 147:12 165:8
**whatnot** 150:8
**whatsoever** 165:6
**WHEREOF** 176:12
**Whichever** 66:10 70:22
**while** 45:19 108:18 169:15
**white** 56:4 143:12,16 144:16
**whole** 13:17 155:17
**WILLIAM** 3:5
**willing** 155:13
**winding** 166:20
**wintertime** 138:13
**withheld** 173:5 173:7,11
**withhold** 170:18
**withholding** 170:7,19 171:9 171:17 172:19
**Witness** 8:15 21:20 36:17 37:7,15 77:14 78:9 79:8 80:8 80:22 87:18 88:4 90:7 94:2 94:20 95:19 96:6 108:3 109:16 110:22 111:6 120:13 121:3,15 131:5 132:8 134:1,22 135:4 136:8 142:8 151:10 154:20 172:3 176:12
**word** 45:17
**words** 112:19 125:20
**wordy** 21:10
**work** 11:9,15 47:10 51:20 61:2,3 63:17

68:8 71:9 76:2 80:4,17 100:4 100:6 113:4,9 124:12,13 140:15,19 141:3 143:8 145:16 151:22 165:12,15
**workday** 62:11
**worked** 32:18 60:19 61:5
**working** 11:11 71:7 157:5
**world** 57:18
**worth** 156:11,14
**wouldn't** 26:7 30:13 63:20,22 74:8 90:18 93:6 115:2,16 118:4 119:14 126:10,11 131:10 132:21 133:11 157:14
**wrapped** 155:16
**wrap-up** 155:20
**writing** 128:20 162:10
**written** 30:2 31:10 39:14 152:9,9
**wrote** 33:17

X

**x** 1:3,8 5:6 6:1 68:6,20 69:10 70:9 72:2 104:16
**x-ray** 68:18 69:2 104:2,4,10,13 104:20 107:6 107:12,14,20 108:8 141:9
**x-rayed** 104:3

Y

**yards** 22:13
**year** 28:18
**years** 8:14 10:21 11:21 28:14
**year-and-a-half** 8:15
**Yun** 24:1

$

**$1,000** 118:18 118:20,22 119:7
**$1.5** 14:15
**$10** 75:20
**$120,000** 172:11
**$160,000** 59:9 59:14
**$185,000** 28:8 59:2,5 156:15 158:2
**$2** 13:5
**$2.076** 13:2 111:13,16
**$25,000** 59:5
**$3** 58:6
**$300,000** 156:12
**$35** 15:21 16:7 55:13,16 111:10,21 164:9,16
**$4** 12:22 172:15 172:16,17
**$50,000** 155:9 155:13 156:4,6 158:20 164:7

0

**01100** 5:12,13 82:9 83:1,15 84:12 89:6
**01100-4** 84:3 85:13
**01110** 124:11
**030012** 1:7

1

**1** 1:21 5:9 40:6,7 40:12 64:3,15 64:17 147:13 148:14 149:10 159:19
**1st** 138:16 147:19 163:3
**1-93850** 1:20
**1.3(B)** 124:11 125:4,8
**1.4(B)** 125:1,14 125:19
**1.6** 85:14 89:9 150:17
**1.62** 87:14
**10** 5:20 77:15,17 77:19 146:17 146:22
**100** 2:6 3:8 70:10 71:21 88:5 172:10
**108** 5:15,16,17
**11** 6:4,5 79:10 79:22 154:2,7 158:18,19
**11th** 34:8 66:8 70:21 71:8 72:3,5 76:20 77:5,10 154:10
**12** 6:7 161:6,11 161:16
**12:50** 174:3
**120** 172:20
**13** 5:16 6:8 161:6,11 162:4
**13th** 29:12,15 31:10 34:7 66:6,20 67:21 78:5 127:18 129:13,22 130:6,19,22 131:20 132:17 133:17 145:21
**134** 5:19
**14** 5:21 6:10 167:13,14,19
**14th** 132:1,17 133:2 147:8
**140** 14:3,6,10,17 25:16 109:2 164:12
**146** 5:20
**15** 56:18,20
**154** 6:4
**16** 80:10
**161** 6:7,8
**167** 6:10
**177** 1:21

2

**2** 5:10 44:22 64:15,17 67:13 67:14 68:6 72:1 139:11 140:10,20
**200** 61:5,11,12
**2002** 5:12 82:17 82:22 83:16 84:11
**2003** 5:14,16,18 5:21 6:6 12:14 29:12,15 31:10 70:21 72:3,5 76:20 77:5,10 78:5 89:16 103:7 104:20 122:4 127:18 129:13 130:6 138:11,16 145:3,22 146:10,15 147:8,13,19 148:14 153:6 154:10 158:19 159:19
**2004** 6:7,9 161:1 161:2,17 162:7 162:9,11,22 163:3
**2006** 1:14 41:22 45:16,20 168:17 169:5 176:14
**2006-1** 1:5
**2007** 176:16
**202-224-0908** 92:14
**20548** 1:2
**21st** 41:22 42:3 43:2
**210** 74:5,5
**22** 6:9 118:10 120:21
**22nd** 162:7,9 163:4
**22-minute** 118:6
**22043** 3:17
**22102** 2:7 3:9
**24** 145:3
**25** 5:18 6:7 122:4 161:17 162:11,16,22
**28** 1:14 11:1

3

**3** 5:11,14 45:18 72:13,14 77:12 84:17 89:16 97:5
**3rd** 31:16 33:15 34:17 56:7 62:1 72:2 76:22 102:21 103:22 105:2 106:20 114:5 115:8 130:7,20 132:3,16 133:2 133:11,16 136:4,6,14 137:15
**3.5** 126:15 127:21
**30** 5:12 82:22 120:6 146:2,4 146:7 176:16

**30th** 82:17 83:16 84:11
**33** 81:2

4

**4** 5:12 77:16,18 78:15 81:21 83:9,14 87:14 88:9 89:3,8 121:20
**4th** 66:14,20 70:21 71:8
**4.1** 128:18
**40** 5:9,19 47:10 47:10,15 51:17 116:10
**40th** 135:14
**411** 1:2
**42,000** 14:12,18 20:15 25:16,22 109:2,10 110:1 110:8 111:3,9 111:17 164:13
**45** 74:11
**45-minutes** 74:15
**48** 85:19

5

**5** 5:13 45:16,20 88:19,20 89:3 89:11 150:16
**5:30** 51:9 114:18 114:20
**50** 56:11,12,19 58:1 158:7
**58** 56:9,15,21 58:5,8,12

6

**6** 5:14,15 89:16 108:14,19 121:19,20 123:2,7 128:17
**60** 47:10
**67** 5:10

7

**7** 5:3,16 94:15 108:14,19 121:19 129:11
**7:00** 51:9 114:18
**703** 3:10,18
**72** 5:11
**749-1000** 3:10
**7653** 3:16

8

**8** 5:17 108:14,19 121:19 122:2,9 122:11,16 123:2,8,20
**8.5** 119:14
**83** 5:12
**8405** 2:5 3:7
**88** 5:13
**893-3914** 3:18

9

**9** 5:19 134:2 135:6 143:11 145:4
**9/30/02** 81:8 85:6
**9/30/03** 81:6
**9:30** 1:15

# SECTION 01100

# SUMMARY

## PART 1 - GENERAL

### 1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

### 1.2 WORK COVERED BY CONTRACT DOCUMENTS

A. General: Project name is "West Refrigeration Plant Expansion", New Jersey and E Street, S.E. Washington D.C. as shown on Contract Documents prepared by the Architect of the Capitol. Drawings and specifications are dated September 30, 2002.

B. Engineer Identification: The Contract Documents, dated, September 30, 2002 were prepared for the Project by RMF Engineering, Inc. 190 West Ostend Street, Baltimore, MD 21230.

C. Project Coordinator: A full time Construction Manager employed by the Government will be on site full time for the duration of the project.

D. West Refrigeration Plant Expansion:

1. The West Refrigeration Plant is being expanded to meet the future demands of the U.S. Capitol Complex. In general the existing West Refrigeration Plant is being expanded to the south and will add approximately 25,000 square feet of floor space. The expansion will be a steel framed structure above a poured in place concrete foundation with a precast concrete panel exterior. The expansion will accommodate 34,200 tons of additional chilled water generation capacity. Under this project, 17,100 tons of chilled water generation capacity will be added. Chilled water will be provided by two (2) 5,700-ton field erected steam turbine driven chillers, and one (1) 5,700-ton field erected electric motor driven chiller. New mechanical auxiliaries (pumps, cooling towers, heat exchangers, etc.) will be added to support the new chillers. The building will incorporate a new electrical room. The electrical room will house electrical components required to support new mechanical equipment. An existing 25 foot wide sewer will be relocated to accommodate the building expansion. Site work includes installation of new and relocation of existing underground utilities to accommodate new construction.

E. Distributed Control System (DCS) (Project Option No. 1)

1. The work consists of addition and required modification to incorporated a DCS to existing steam plant.

F. 1,000,000 Gallon Fuel Oil Handling Storage Facility (Project Option No. 2)

1. The work consists of addition of three 350,000 gallon aboveground fuel oil storage tanks. The tanks will store No. 2 Fuel oil and be installed in the Capitol Power Plant

Supplemental Coal Storage Yard located South of Virginia Avenue. The site is bounded to the North by I-395, to the East by a Conrail Storage Yard, to the South by I Street, SE and to the West by Commercial Facilities for a total of 24 acres. The Primary entrance to the site is off I Street SE through two access points. The supplemental coal storage yard will be modified to accommodate the installation of the new fuel storage tanks and associated fuel handling equipment. The tanks will be installed in a concrete containment dike. The facility will have the capability to off load fuel oil from tanker trucks and tanker railcars. A separate building will house all of the fuel handling equipment. (Pumps, Controls etc.) Site improvements include regrading and resurfacing of portions of the existing surface.

G. The General Conditions and Division requirements are common to the West Refrigeration Plant Expansion., the 1,000,000 Gallon Fuel Oil Handling Storage facility, and the DCS.

H. Separate drawings and Division 2 through 16 Specifications are provided for the West Refrigeration Plant Expansion the 1,000,000 Gallon Fuel Oil Handling Storage facility, and the DCS

I. Project Options are specified in Section 01230 and Bid Alternates are specified in Section 01130.

1.3 CONTRACT

A. Project will be constructed under a general construction contract.

1.4 WORK SEQUENCE/PROJECT PHASING

A. Refer to Section 01110 - "Project Phasing."

1.5 USE OF PREMISES

A. General: Contractor shall have full use of premises for construction operations, including use of Project site, during construction period. Contractor's use of premises is limited only by Government's right to perform work or to retain other contractors on portions of Project.

B. Limitations on site usage as well as specific requirements that impact site utilization are indicated on the drawings and by other contract documents. Portions of the site beyond areas on which Work is indicated are not to be disturbed. In addition to these limitations and requirements administer allocation of available space among entities needing both access and space so as to produce the best overall efficiency in performance of the total work of the project. Schedule deliveries so as to minimize space and time requirement for storage at materials and equipment on site.

1. Keep existing driveways and entrances serving the premises clear and available to the Government and its employees at all times.
2. Maintain driveways between and around combustible material storage piles at least 15 feet wide and free of accommodation of rubbish, equipment and materials. Maintain access for fire fighting equipment.
3. Do not unreasonably encumber the site with materials or equipment. Confine

stockpiling of materials and location of storage sheds to the areas indicated. If additional storage is necessary, obtain and pay for such storage off site.

4. Provide 24 hr/7 day access to the construction site by emergency vehicles.

C. Parking: Parking space for personal vehicles is not available on the site. Obtain approval of the Government for parking of construction vehicles other equipment on the site. Contractor will be provided with one parking spot.

D. Summary by Reference: Work of the contract can be summarized by references to the Schedule, Official Procedure for making changes in Contracts, General Conditions, Supplementary Conditions, Specification Sections, Drawings addenda, and modifications to the contract documents issued subsequent to the initial printing of this project manual and including but not necessarily limited to printed material by reference.

E. Protection of Government Property: The Contractor is expected to take all reasonable precautions to protect U.S. Government Property. In the event of damage to or theft of Government Property, the Contractor will be held fully responsible for his own personnel, his subcontractor's personnel and their actions.

F. Blasting: The use of any kind or type of explosive in the performance of the work is prohibited, except the use of construction tools actuated by or employing powder-actuated charges which shall be permitted provide that the tool is of the kind and design ordinarily used for such construction and the Government has authorized its use after determining that its use will not endanger human life or safety.

G. Traffic Control: Submit a site plan and details for review and approval by the A/E to diagrammatically indicate proposed measures for safely and efficiently controlling and re-routing traffic as necessary to enable construction work, deliveries, paving, testing operations and other activities. Indicate schedules of activities occurring hourly before, during and after the normal workday. At all time provide minimal disruption to the day-to-day activities occurring on the site and at adjacent locations.

H. Staging Plan: The A/E has indicated in plan where the Contractor can stage the construction and locate the construction trailer. Submit a Staging plan indicating specifically location of the superintendent's trailer, storage and loading of materials, traffic direction and control concept and signage, security perimeter of staging area, locations of informational construction signage, locations of temporary toilets and other temporary construction, emergency facilities and resources and any other construction facilities required.

I. Storage of Materials: Materials shall be stored in a dry location, off the ground and in such manner as to prevent damage or intrusion of foreign matter and avoid interference with the activities of the Government. All materials which, in the opinion of the CM or A/E, have become damaged or otherwise unfit for use during delivery or storage shall be immediately removed from the site of the work and replaced by the Contractor at no additional cost to the Government.

1. Materials, equipment, tools and appliances shall only be stored at locations previously approved by the CM.

J. Signs and Advertising: No signs, other than safety signs, may be erected at the site. The

Contractor agrees not to refer to awards in commercial advertising in such manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

1.6 SITE SECURITY

A. Use of the Site: During the construction period, the Contractor shall have use of the premises for construction activities as described below and elsewhere in the specifications.

1. All personnel entering the Capitol Power Plant grounds will be required to check in at a security gate.
2. Clearance: Special arrangements for all deliveries shall be arranged a minimum of 48 hours in advance of arrival to permit inspection by the United States Capitol Police. The Police inspection station is on P Street and South Capitol Street S.E.
3. All temporary security entrances established by the contractor must be coordinated with the United States Capitol Police.

B. All personnel working at the site shall display an identification badge. Badging shall be provided by the Government.

1.7 WORK UNDER OTHER CONTRACTS

A. Currently there are two other contracts under way at this site. They are the Interim Coal Handling System Project and Perimeter Site Security Project. Emergency Generator Project is scheduled to be under construction. Cooperation and coordination at the site with the Government representative will be required.

1.8 GOVERNMENT-FURNISHED PRODUCTS

A. Government furnished products are outlined in latter parts of this specification. They are centrifugal chillers.

1.9 SPECIFICATION FORMATS AND CONVENTIONS

A. Specification Format: The Specifications are organized into Divisions and Sections using the 16-division format and CSI/CSC's "Master Format" numbering system.

1. Section Identification: The Specifications use section numbers and titles to help cross-referencing in the Contract Documents. Sections in the Project Manual are in numeric sequence; however, the sequence is incomplete. Consult the table of contents at the beginning of the Project Manual to determine numbers and names of sections in the Contract Documents. Specifications for water and sewer construction are in a separate volume, so titled.

B. Specification Content: The Specifications use certain conventions for the style of language and the intended meaning of certain terms, words, and phrases when used in particular situations. These conventions are as follows:

1. Abbreviated Language: Language used in the Specifications and other Contract

Documents is abbreviated. Words and meanings shall be interpreted as appropriate. Words implied, but not stated, shall be inferred as the sense requires. Singular words shall be interpreted as plural, and plural words shall be interpreted as singular where applicable as the context of the Contract Documents indicates.

2. Imperative mood and streamlined language are generally used in the Specifications. Requirements expressed in the imperative mood are to be performed by Contractor. Occasionally, the indicative or subjunctive mood may be used in the Section Text for clarity to describe responsibilities that must be fulfilled indirectly by Contractor or by others when so noted.

   a. The words "shall," "shall be," or "shall comply with," depending on the context, are implied where a colon (:) is used within a sentence or phrase.

PART 2 - PRODUCTS (Not Used)

PART 3 - EXECUTION (Not Used)

END OF SECTION 01100

**CONTRACT APPEALS BOARD**
**HOUSE OFFICE BUILDING COMMISSION**
**411 G Street, N.W.**
**Washington, D.C. 20548**

| | | |
|---|---|---|
| **APPEAL OF:** **HITT CONTRACTING, INC.** **(The Anderson Company, L.L.C., Subcontractor)** **AOC Contract No. 0300012** | : | **CAB No. 2006-1 (HOBC)** |

**APPELLANT'S ANSWERS TO THE ARCHITECT OF THE CAPITOL'S FIRST SET OF INTERROGATORIES**

Appellant HITT Contracting, Inc., through its subcontractor, The Anderson Company, LLC responds to the Architect of the Capitol's First Set of Interrogatories as follows. All objections previously made in writing are incorporating by reference as if fully set forth herein, and any responses to these, partial or otherwise, should not be deemed a waiver of any objection previously made.

**Interrogatory No. 1:**

Identify each person known to you who had knowledge of the facts, or might have knowledge of the facts, which are relevant to this action or which could lead to the discovery of relevant information. Include in your answer the name and address of each person or the name and address of his/her employer. In the event any such persons have provided written statements, identify and produce all such statements with your answers.

**RESPONSE:**

Jason Brown
The Anderson Company, LLC
12150 TAC Court
Manassas, VA 20109

Stuart Himelfarb
The Anderson Company, LLC
12150 TAC Court
Manassas, VA 20109

Henry Herandez
The Anderson Company, LLC
12150 TAC Court
Manassas, VA 20109

Frank Parrill
The Anderson Company, LLC
12150 TAC Court
Manassas, VA 20109

James Shifflet
The Anderson Company, LLC
12150 TAC Court
Manassas, VA 20109

Kevin Dockett

J. D. Littlejohn

Harold Jenkins

George Dohn
Soil Safe Inc.
6700 Alexander Bell Dr.
Suite 300
Columbia, Maryland 21046

David R. Michaelson
Marion Construction, Inc.
4401 South 4th Street
Arlington, VA 22204

John F. Seeman
Cape, Inc.
180 Gordon Drive, Suite 102
Exton, PA 19341

Steve Schoenefeldt
Hitt Contracting, Inc.
2704 Dorr Avenue
Fairfax, VA 22031

**Interrogatory No.2:**

Identify each person that you expect to call as an expert witness at trial, and respect to each such person, state:

(a) The substance of the facts and opinions as to which the alleged expert is expected to testify;

(b) The grounds for each opinion;

(c) Identify all documents and source materials reviewed or consulted by the alleged expert;

(d) State all qualifications of the alleged expert, including, but not limited to, his formal educational background and his professional training or experience; and

(e) Attach a copy of each written report prepared by the expert.

**RESPONSE:**

Hugh W. McGee, Sr. Ph.D. (see attached report)

**Interrogatory No. 3:**

State whether any admissions or declarations against interest have been made by AOC. Include in your answer:

(a) The identity of the person having made such admission or declaration;

(b) To whom the admission or declaration was made;

(c) The substance of the admission or declaration;

(d) All persons having knowledge of such admission or declarations; and

(e) If any admission or declaration of interest is in writing, identify and produce all such admissions or declarations with your answer to these interrogatories.

**RESPONSE:**

Yes. In a meeting held in the fall of 2003 Mike Keegan stated that AOC did not know previously where the inspections would be held. He also stated that the Capitol Police did not have the resources in order to conduct inspections at the site, and for that reason the inspections were shifted to another location.

**Interrogatory No. 4:**

Identify each person who provided information in responding to these interrogatories and, for each such person, identify the information provided.

**RESPONSE:**

Without waiver the attorney-client and/or work product privileges, Jason Brown of The Anderson Co., LLC provided information utilized in responding to these interrogatories except that Hitt provided information with respect to interrogatories 8, 12, 14 and 20 (third sentence).

**Interrogatory No. 5:**

If you intend to rely upon any documents or other tangible things to support a position or defense that you have taken or intend to take in the action, including any claim for damages, provide a brief description, by category and location, of all such documents and other tangible things, and identify all persons having possession, custody or control of them.

**RESPONSE:**

Documents responsive to this request will be produced, for inspection and copying, at the offices of The Anderson Company LLC. There currently does not exist a compilation or summary of these documents, and the burden is equally on both parties to compile such a list from the documents produced.

**Interrogatory No. 6:**

Identify any and all evidence you intend to use to establish the claims set forth in your complaint.

**RESPONSE:**

Objection previously filed.

**Interrogatory No. 7:**

Identify each person responsible for , or personally involved with, supplying, monitoring, evaluating, or otherwise having any control or influence over truck trip tickets used, or otherwise related to, HITT's and/or Anderson's work on the Project or Subcontract.

**RESPONSE:**

This response is limited solely to Anderson's trucking which is the subject matter of this claim. The individuals involved include Jason Brown, James Shifflett, Wanda Hough, Anderson's onsite superintendents, and any truck checkers at the site. The names of the truck checkers are set forth on the daily truck logs that are being produced by The Anderson Company LLC. In addition, Harold Jenkins at Soil Safe has information concerning the trucking performed by Soil Safe.

**Interrogatory No. 8:**

Identify each claim that HITT submitted in connection with this Project that was certified in accordance with FAR § 33.207(c).

**RESPONSE:**

None. FAR §33.207(c) is not one of the FAR provisions that was incorporated into the contract.

**Interrogatory No. 9:**

Describe in detail any and all communications that have occurred between HITT and Anderson, or between HITT and any other entity, relating to (or arising out of )the requirement that HITT's trucks be inspected at the inspection facility.

**RESPONSE:**

Without waiver of the objection previously filed, there were numerous communications concerning this topic, most of which are set forth in the correspondence between Anderson and HITT as well as other project documentation. All such documents in Appellant's possession or control will be produced pursuant to the Architect of the Capitol's Request for Production of Documents.

**Interrogatory No. 10:**

Describe in detail all facts and analysis which support HITT's (or Anderson's) contention that having the inspections of its trucks performed at the inspection facility "added a minimum of thirty minutes of truck time: as claimed in Anderson's March 1, 2004 letter to HITT.

**RESPONSE:**

At the time of the March 1, 2004 letter, Anderson based its thirty minute assessment upon information furnished by Soil Safe as well as information being provided by project supervision. Subsequently, Anderson has performed a number of test runs in order to establish the additional truck time without regard to actual inspection time, and this analysis will be produced with Anderson's documents.

**Interrogatory No. 11:**

For each truck load for which HITT claims damages (delay or otherwise), provide a log that shows when each truck load left the inspection facility and when it arrived at the job site.

**RESPONSE:**

Anderson's truck logs will be produced for inspection and copying. However, the logs do not demonstrate when trucks left the inspection facility and arrived at the job site.

**Interrogatory No. 12:**

State whether HITT admits that the requirement that trucks be inspected at the inspection facility constitutes a change to the Subcontract.

**RESPONSE:**

Only to the extent that the requirement constitutes a change to the prime contract and the claim for an extra is not otherwise barred.

**Interrogatory No. 13:**

Identify any payment which HITT had made to date resulting from Anderson's claim that inspection of its trucks at the inspection facility was a change to the Subcontract.

**RESPONSE:**

None.

**Interrogatory No. 14:**

Identify each contract between HITT and the AOC undertaken or completed within the last ten year and, for each such contract, provide the truck traffic control plan and the specific location where truck inspections occurred – eg. Identify whether the trucks were inspected on-site of off-site and, if off-site, the location of the off-site inspection facility.

**RESPONSE:**

On the Interim Coal Handling Facility, there were no inspections of vehicles entering the coal yard. However, vehicles entering the Capitol Power Plant grounds were inspected by dogs at the E Street gate.

**Interrogatory No. 15:**

Identify the date on which HITT first claims that it was impacted by the AOC's alleged change from on-site to off-site inspection of its trucks.

**RESPONSE:**

Hitt's subcontractor, The Anderson Company, LLC was first impacted during the week of June 9 – 13.

**Interrogatory No. 16:**

Identify all efforts by HITT or Anderson to track or quantify (for each individual truck load) the amount of time it actually took for each truck to drive from the inspection facility to the job site.

**RESPONSE:**

The travel time from the inspection facility to the job for individual trucks was not tracked. It would not have been feasible to do so. Nor would tracking that time have provided an accurate measure of the additional truck time

**Interrogatory No. 17:**

Describe in detail any and all evidence you intend to use to support your contention that the litigation is not a delay claim that is otherwise barred by the terms of the Contract or Subcontract.

**RESPONSE:**

The damages sought are not delay damages. Anderson's damages as submitted to AOC through Hitt include only the direct added trucking costs incurred as a result of the additional trucking time required, plus normal mark-ups. No extended field or home office overhead is sought.

**Interrogatory No. 18:**

Describe in detail any and all mitigation efforts undertaken by HITT and/or Anderson upon learning that the Security checkpoint was off-site.

**RESPONSE:**

Anderson and HITT asked AOC to request that the Capitol Police continue inspections at the job site. AOC stated that they would contact the Capitol Police, but there was no change in procedure.

**Interrogatory No. 19:**

Identify any agreement between HITT and Anderson relating in any manner to the claim referenced in your complaint.

**RESPONSE:**

None other than as set forth in the subcontract.

**Interrogatory No. 20:**

Identify all persons involved in the negotiation and execution of the Subcontract between HITT and Anderson, and any later amendments, revisions, extensions, updates, or changes to those Subcontract; and explain the nature and substance of the person's involvement in the negotiation and execution of the Subcontract.

**RESPONSE:**

For Anderson, Stuart Himelfarb was involved in the negotiation and execution of the subcontract. Jason Brown was involved with any later amendments or changes to the subcontract. For HITT, John Seeman (as to Subcontract) and Steve Schoenefeldt (as to changes).

**Interrogatory No. 21:**

Identify all person involved in the negotiation and execution of agreements for the rate, fees and/or terms of any rental trucks used for work on the Project or Subcontract.

**RESPONSE:**

This response is limited only to Anderson's trucks, as no other trucks are the subject of this claim. James Schifflet, Stuart Himelfarb, and Jason Brown would have been involved in the negotiation and execution of agreements concerning rental trucks used on the project.

Respectfully Submitted,

Joseph H. Kasimer, Esq.
M. Joseph Pierce, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
Phone: (703) 893-3914
Fax: (703) 893-6944
*Attorneys for Appellant*

## Certificate of Service

I hereby certify that a true copy of forgoing pleading was sent via facsimile and overnight delivery on this 4th day of December, 2006 to:

Mark A. Sgarlata, Esq.
Vivian Katsantonis
C. William Groscup
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102

William Dolan, Esq.
Peter M. Kushner, Esq.
Office of the Architect of the Capitol
3rd and D Street S.W.
Mail Stop 265A
Washington, D.C. 20515

Joseph H. Kasimer, Esq.

**HUGH W. MCGEE, SR, PH.D., P.E**
**TRAFFIC ENGINEER CONSULTANT**
**6804 CROSSMAN STREET**
**ANNANDALE, VA 22003**

November 21, 2006

Mr. Joseph H. Kasimer
Attorney-at-Law
Kasimer & Annino
7653 Leesburg Pike
Falls Church, VA 22043

RE: Anderson Company claim

Dear Mr. Kasimer:

This letter provides my findings regarding the Anderson Company's claim against the Architect of the Capitol for the additional time it has taken for its trucks to haul loads from the West Refrigeration Plant Expansion due to the change in the truck inspection station. As a Professional Engineer, trained and experienced in traffic engineering, I am qualified to address the issue of travel times that would be experienced by the trucks hauling excavation material.

**BACKGROUND**

As explained to me, at the outset of the contract to haul excavation material from the West Refrigeration Plan Expansion TAC Job #2315, trucks were required to be inspected, for security reasons, at the job site, which is located within the borders of South Capitol Street, E St. SE, New Jersey Ave, and Virginia Ave. Subsequently, the inspection site was changed to another inspection station located south of Constitution Ave., just east of Third St. NW. The inspection site along Constitution Avenue was used for other larger excavation projects near the U.S. Capitol. This change in inspection sites would have resulted in longer travel times and distances for the trucks hauling the excavation material and in additional inspection processing time due to the heavier truck traffic compared to the inspection site at the West Refrigeration Plant Expansion job site. As a traffic engineer, I was retained to quantify the additional time experienced by the trucks due to the change in the inspection site.

**ANALYSIS**

At my initial briefing I was provided the following:

1. Mapping showing the routes taken directly to the job site at West Refrigeration Plant Expansion.
2. Mapping showing the routes taken first to the changed inspection site along Constitution Avenue and then from there to the job site at West Refrigeration Plant Expansion.
3. The results of a travel time survey conducted by the Anderson Company on September 5, 2006 to quantify the additional time.

For the purpose of the survey a starting point that was common to both routes was the intersection of Overlook Ave. and Chesapeake St. near the Bolling Air Force Base. From there the test trucks could easily access Route I-295 via the ramp connecting to Chesapeake St. The two routes taken from there were:

1. Directly to the job site: I-295 North to Washington Navy Yard/ M St. Exit; Left onto M St., SE; Right on New Jersey Ave.; left on E St. SE to the jobsite.

2. To job site with trip to inspection site at Constitution Ave.: I-295 North to I-395 North; Exit I-395 North at US Capitol/D St. NW exit; left onto D St. NW; left onto Third St. NW; left into Inspection Station; Exit First St. NW; right on Maryland Ave. SW; left on Third St. SW; left on Independence Ave SW; right on Washington Ave; SW; left on D St. SW; right on New Jersey Ave. SE; right on E St. SE to the job site.

Exhibit 1 (provided as an attachment) shows the results of the survey data provided to me. A summary of the results is shown in Table 1—Route I is directly to the job site and Route I is to the inspection site then the job site. For the seven (7) test runs, the average time to the job site was 20.3 minutes, while the average time to the inspection site and then to the job site was 44.9 minutes. The additional time ranged from 18 to 36 minutes with an average of 24.6 minutes. The highest difference of 36 minutes occurred during the morning peak traffic period between 8 and 9 AM.

**Table 1. Results of First Travel Time Survey**

| Test Run # | Start Time | Travel Times (min) | | Difference (min) |
|---|---|---|---|---|
| | | Route J | Route I | |
| 1 | 7:19 | 28 | 46 | 18 |
| 2 | 8:22 | 35 | 71 | 36 |
| 3 | 9:51 | 34 | 65 | 31 |
| 4 | 11:08 | 11 | 38 | 27 |
| 5 | 11:55 | 11 | 32 | 21 |
| 6 | 12:38 | 12 | 32 | 20 |
| 7 | 13:32 | 11 | 30 | 19 |
| AVG | | 20 | 45 | 25 |

On October 22, I conducted a survey of the routes and other routes in the area to establish that the routings used in the survey of September 5 were appropriate. I confirmed that these routes were the appropriate routes to use. An alternative, slightly shorter distance routing would have been to follow I-295 North, exit at South Capitol Street and access the job site by turning right at either Virginia Ave or E St. SE. if going directly to the job site: but if going to the changed inspection site, continuing north on South Capitol Street and merging onto I-395 and following the above stated routing. However, while only slightly shorter, it would have been a longer travel time due to the slower travel speeds resulting from heavy traffic volumes, especially during the peak period work commute times.

While the survey that was conducted on September 5, 2006 appeared to be a proper procedure for determining the additional time, I recommended a second survey be conducted to increase the sample size, which would improve the confidence of the calculated average time difference. The second survey was conducted on Thursday, November 2, 2006. I personally viewed the second survey for a portion of the survey period. The results of that survey are provided in Exhibit 2. A summary of the results are shown in Table 2, which shows that the average time for Route I was 14 minutes compared to 33 minutes for Route J and the average difference was 20 minutes.

**Table 2. Results of Second Travel Time Survey**

| Test Run # | Start Time | Travel Times (min) | | Difference (min) |
|---|---|---|---|---|
| | | Route I | Route J | |
| 1 | 7:00 | 16 | 43 | 27 |
| 2 | 7:36 | 19 | 45 | 26 |
| 3 | 8:34 | 15 | 26 | 11 |
| 4 | 9:30 | 13 | 30 | 17 |
| 5 | 10:08 | 11 | 29 | 18 |
| 6 | 10:51 | 11 | 33 | 22 |
| 7 | 11:34 | 13 | 29 | 16 |
| 8 | 12:43 | 12 | 29 | 17 |
| 9 | 1:27 | 13 | 35 | 22 |
| **AVG** | | **14** | **33** | **20** |

In comparing the results of the two travel time surveys, the second run produced lower travel time differences with an average of 20 minutes across the nine (9) test runs. When the data from both runs are combined, which is appropriate to obtain a more reliable estimate of the true average, the average time difference is 22 minutes.

**FINDING**

Based on the results of the two travel time surveys, the average additional time it took for trucks to travel to the inspection site then to the job site versus traveling directly to the job site was 22 minutes. Higher or lower times would have been experienced depending upon the traffic volume during the individual run. The travel time following Route I— going to the inspection site then the job site— would have experienced much higher delays because there are more traffic signals along the route than compared to Route J— going to the job site directly. This finding did not consider any additional delays experienced at the inspection site near Constitution Avenue. As explained to me the time to process through that inspection site was much longer than when the trucks were initially inspected at the job site due to much higher truck volumes. Also, the two surveys were conducted recently and do not reflect the travel times nears the Constitution Avenue inspection site when there was a heavy truck volume.

Should you have any questions concerning the material included in this letter, please feel free to contact me.

Respectfully submitted,

Hugh W. McGee

Hugh W. McGee, Sr., Ph.D., P.E.

**ATTACHMENTS 1 AND 2**
**TRUCK TRAVEL TIME SURVEYS**

Date: Tuesday 9/05/06 Job Name: West Refrigeration Plant {Overlook Ave / Chesapeake St}

EXIT #2 OFF 295

Haul To & From West Ref. Power Plant Thru Inspection Station
I: Route to jobsite thru the inspection station
J: Route to jobsite (directly)

Time Keeper's Name: Rasheed Ibrahim
and
Employee Number: 1671

| No. | Truck Name Number | Truck Ticket Number | Inspection Station | Load 1 | Lap Time | Load 2 | Lap Time | Load 3 | Lap Time | Load 4 | Lap Time | Load 5 | Lap Time | Load 6 | Lap Time | Load 7 | Lap Time | Load 8 | Lap Time | Load 9 | Lap Time | Load 10 | Lap Time | Time Signed Out | Minutes Allowed to Dump | Remark/Down Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stephens 62 | | IN | 615 | 46 | 805 | 35 | 857 | 1.05 | 1056 | 11 | 1119 | 32 | 1227 | 12 | 1250 | 11 | 1343 | | | | | | | | Heavy Rain + TRAFFIC up |
| | | | OUT | 719 | I | 822 | J | 951 | I | 1108 | J | 1155 | I | 1238 | J | 1832 | J | | | | | | | | | to 10 AM |
| 2 | Meece | | IN | 630 | 28 | 747 | 1.11 | 933 | 34 | 1025 | 58 | 1146 | 11 | 1206 | 32 | 1310 | 30 | 1402 | | | | | | | | HEAVY RAIN + TRAFFIC UP |
| | | | OUT | 719 | J | 822 | I | 951 | J | 1108 | I | 1155 | J | 1238 | I | 1332 | I | | | | | | | | | to 10AM |
| 3 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |

Destination
1
2
3
4
5

Remarks:

Superintendent's Signature and employee number:

Job Number: ____________

Total Loads this Sheet: ____________

Date: Thursday 11/2/06 Job Name: West Refrigeration Plant

Haul To & From West Ref. Power Plant Thru Inspection Station

Time Keeper's Name: Rasheed Ibrahim
and
Employee Number: 1671

| No. | Truck Name Number | Truck Ticket Number | Inspection Station | Load 1 | Lap Time | Load 2 | Lap Time | Load 3 | Lap Time | Load 4 | Lap Time | Load 5 | * Lap Time | Load 6 | Lap Time | Load 7 | Lap Time | Load 8 | Lap Time | Load 9 | Lap Time | Load 10 | Lap Time | Time Signed Out | Minutes Allowed to Dump | Remark/Down Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stephen | | IN | 7:00 | .16 | 7:36 | .19 | 8:34 | .26 | 9:41 | .30 | 10:25 | .11 | 10:51 | .11 | 11:34 | .13 | 12:43 | .12 | 1:27 | .32 | 2:35 | | | | |
| | | | OUT | 7:20 | | 8:15 | | 9:15 | | 9:55 | | 10:40 | | 11:23 | | 12:30 | | 1:15 | | 2:00 | | | | | | |
| 2 | Meece | | IN | 7:00 | .48 | 8:05 | .45 | 9:00 | .15 | 9:30 | .15 | 10:08 | .29 | 11:09 | .33 | 11:56 | .29 | 12:59 | .29 | 1:44 | .13 | 2:13 | | | | |
| | | | OUT | 7:20 | | 8:15 | | 9:15 | | 9:55 | | 10:40 | | 11:23 | | 12:30 | | 1:15 | | 2:00 | | | | | | |
| 3 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | IN | | | | | | | | | | | | | | | | | | | | | | | |
| | | | OUT | | | | | | | | | | | | | | | | | | | | | | | |

Destination
1
2
3
4
5

Superintendent's Signature and employee number:

Job Number: ____________

Total Loads this Sheet: ________

Remarks: Time @ Inspection Station
L5 ½MIN, L6 1MIN, L7 1½MIN, L8 1MIN, L9 ½MIN

**CONTRACT APPEALS BOARD**
**HOUSE OFFICE BUILDING COMMISSION**
**411 G Street, N.W.**
**Washington, D.C. 20548**

| | |
|---|---|
| **APPEAL OF:** : | |
| **HITT CONTRACTING, INC.** : | |
| **(The Anderson Company, L.L.C.,** : | **CAB No. 2006-1 (HOBC)** |
| **Subcontractor)** : | |
| **AOC Contract No. 0300012** : | |

**CERTIFICATE OF DISCOVERY**

The undersigned hereby certifies that Appellant served its Answers to the Architect of the Capitol's First Set of Interrogatories on this 4th day of December 2006, via facsimile and overnight delivery, to:

Mark A. Sgarlata, Esq.
Vivian Katsantonis
C. William Groscup
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102

William Dolan, Esq.
Peter M. Kushner, Esq.
Office of the Architect of the Capitol
3rd and D Street S.W.
Mail Stop 265A
Washington, D.C. 20515

Respectfully Submitted,

M. Joseph Pierce VSB#39102
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Telephone
(703) 893 6944 Facsimile
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 4th day of December 2006, a true and correct copy of the foregoing Certificate of Discovery was served on the following parties via facsimile and overnight delivery:

Mark A. Sgarlata, Esq.
Vivian Katsantonis
C. William Groscup
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102

William Dolan, Esq.
Peter M. Kushner, Esq.
Office of the Architect of the Capitol
3rd and D Street S.W.
Mail Stop 265A
Washington, D.C. 20515

M. Joseph Pierce, Esq.

**CONTRACT APPEALS BOARD**
**HOUSE OFFICE BUILDING COMMISSION**
**441 G Street, N.W.**
**Washington, D.C. 20548**

| | | |
|---|---|---|
| **APPEAL OF:** | : | |
| **HITT CONTRACTING, INC.** | : | |
| **(The Anderson Company, L.L.C.,** | : | **CAB No. 2006-1 (HOBC)** |
| **Subcontractor)** | : | |
| **AOC Contract No. 0300012** | : | |

**AFFIDAVIT OF MICHAEL MOLOGNE**

Michael Mologne, being duly sworn, deposes and states as follows:

1. I am over eighteen years of age and have first hand knowledge of all facts and statements set forth herein.

2. I served as the Senior Project Manager for the Architect of the Capitol on the West Refrigeration Plant Expansion and the Interim Coal Handling Facility Project. Hitt Contracting, Inc. ("Hitt") served as the general contractor for both of these AOC Projects.

3. On December 17, 2002, AOC advertised the West Refrigeration Plant Expansion Project ("WRPE Project") in accordance with RFP No. AOC-030012 ("Solicitation"). As part of the Solicitation, AOC provided prospective offerors with the Project's plans and specifications, the schedule, the Contract's general conditions, supplemental conditions, and solicitation conditions. These documents later became part of the Contract.

4. The Contract was awarded to Hitt in March 2003. Hitt utilized roughly 20 different subcontractors on this Project, with the vast majority of those subcontractors using trucks that were subject to the off-site inspection requirement. Of those 20 or so subcontractors, only one of them (Anderson) claims that the Capitol Police's decision to place its inspection

facility at 3rd and Constitution is a change to the Contract. Further, Hitt – who has performed certain of the work under the Contract – has made no such direct claim.

5. In view of the need for centralized security (not to mention the cost of x-ray equipment which is the size of large room), the Capitol Police historically have utilized one truck inspection checkpoint for all active Capitol construction projects. Because of space constraints, this facility historically is located off the main Capitol complex – albeit within a few blocks of the Capitol Grounds. Further, the Capitol Police's decision to utilize an offsite inspection facility on the WRPE Project should not have come as a surprise to Hitt inasmuch as Hitt's contract on the Coal Handling Facility also provided for offsite truck inspections.

6. Hitt's contract with AOC originally called for the excavation of only 300 tons of contaminated soils with quantities above this amount to be excavated and removed at a unit price of $90/ton. On information and belief, Anderson used Soil Safe to move the contaminated dirt.

7. The scope of contaminated soil removed from the WRPE Project ultimately ballooned from 140 tons to over 42,000 tons – an increase of over 29,000%. This dramatic increase in the quantity of contaminated soil extraction and removal was accomplished through a series of Jod Modifications ("Job Mods") with the following table identifying the date of the Job Mod, the quantity of contaminated soil involved, the negotiated unit rate for contaminated soil excavation and removal, and the resulting increase in Hitt's contract value.

| **Contaminated Soil Job Modification** | **Quantity** | **Negotiated Unit Price** | **Mod Value (Add to the Contract)** |
|---|---|---|---|
| Mod No. 3 *(8/22/03)* | 12,000 tons | $65/ton | $780,000 |
| Mod No. 10 *(1/27/04)* | 29,000 tons | $49.50/ton | $1,435,500 |
| Mod No. 26 *(9/30/04)* | 1,903 tons | $49.50ton | $94,199 |
| | | | ***$2,309,699 (total add)*** |

True and correct copies of the foregoing Job Mods are attached to my affidavit as Exhibit A.

8. Anderson notified Hitt of its "truck inspection claim" on June 13, 2003. AOC's Construction Manager (Hill) learned of this claim during the course of a job meeting in July 2003.

Dated: January 16, 2007

Michael Mologne