# In the United States Court of Federal Claims

No. 07-823 C
(Filed: June 25, 2008)

| | |
|---|---|
| **HITT CONTRACTING, INC.,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

In reviewing the parties' briefing on the cross motions for summary judgment, the Court finds that an oral argument will be unnecessary. The oral argument scheduled for July 1, 2008, is therefore cancelled.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge